# EXHIBIT "2"



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

LEVINSON ARSHONSKY & KURTZ, LLP
STEVEN KURTZ
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| Request Date: | 10/27/2022 3:26 PM |
| Information | |
| Request No.: | U220239134636 |
| Certification No.: | 055830521 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

## Search Criteria:

Debtor File Number: U210057932933
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

---

Lien Listing

---

**Lien File No.: U210055922223** ✓          **Filed: 06/14/2021 10:41 AM**          **Lapse: 06/14/2026 11:59 PM**
Lien Type:      Financing Statement

Debtor(s):     RETROLOCK CORPORATION, 210 W TAFT AVENUE, ORANGE, CA  92865
               RETROLOCK CONSTRUCTION, 210 W TAFT AVENUE, ORANGE, CA  92865
               RLC, 210 W TAFT AVENUE, ORANGE, CA  92865

Secured Party(s):  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
               UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

***Amendment - Add Debtor (1)***
Amendment No.: U210057932933          Filed: 06/18/2021 12:16 PM
***Amendment - Add Debtor (1)***
Amendment No.: U210058952330          Filed: 06/22/2021 12:26 PM
***Amendment - Add Collateral***
Amendment No.: U220121792529          Filed: 01/27/2022 01:38 PM
***Amendment - Add Collateral***
Amendment No.: U220217374436          Filed: 08/09/2022 02:26 PM

Certification No.:  055830521
Page Count:  3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**

U210055922223



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210055922223 |
| Date Filed: 6/14/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| RETROLOCK CORPORATION | 210 W TAFT AVENUE<br>ORANGE, CA 92865 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576    UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL 62708 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Assets now owned and hereafter acquired.

Pursuant to an agreement, the debtor herein is not allowed to grant junior liens against any of the Collateral, sell assets outside the ordinary course of business (including accounts and proceeds thereof), or enter into additional financing arrangements. The secured party reserves all of its rights against any person who participates in the violation of the secured party's rights

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2127 26226

Certificate Verification No.: 05828123 Date: 10/27/2022

B0402-9670 06/14/2021 10:41 AM Received by California Secretary of State

 

U220239134636



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220239134636 |
| Date Filed: 10/27/2022 |

| Requester Information: | |
| --- | --- |
| Contact Name | Steven Kurtz |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD SUITE 1650 SHERMAN OAKS, CA 91403 |

| Search Information: | |
| --- | --- |
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U210057932933 |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B1207-7335 10/27/2022 3:26 PM Received by California Secretary of State



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

Robert Levinson
LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

Receipt Date:  10/27/2022
Receipt No.:    2832013

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 08841G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |

| | |
|---|---|
| Total Amount Charged: | **-$10.00** |
| Total Payment Received: | **$10.00** |



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

LEVINSON ARSHONSKY & KURTZ, LLP
STEVEN KURTZ
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| | |
|---|---|
| Request Date: | 10/27/2022 3:31 PM |
| Information | |
| Request No.: | U220239136732 |
| Certification No.: | 055833426 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor File Number: U220217374436
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

---

Lien Listing

---

**Lien File No.: U210055922223**            **Filed: 06/14/2021 10:41 AM**            **Lapse: 06/14/2026 11:59 PM**
Lien Type:       Financing Statement

Debtor(s):        RETROLOCK CORPORATION, 210 W TAFT AVENUE, ORANGE, CA  92865
                  RETROLOCK CONSTRUCTION, 210 W TAFT AVENUE, ORANGE, CA  92865
                  RLC, 210 W TAFT AVENUE, ORANGE, CA  92865

Secured Party(s): CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
                  UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

***Amendment - Add Debtor (1)***
Amendment No.: U210057932933            Filed: 06/18/2021 12:16 PM
***Amendment - Add Debtor (1)***
Amendment No.: U210058952330            Filed: 06/22/2021 12:26 PM
***Amendment - Add Collateral***
Amendment No.: U220121792529            Filed: 01/27/2022 01:38 PM
***Amendment - Add Collateral***
Amendment No.: U220217374436            Filed: 08/09/2022 02:26 PM

Certification No.:  055833426
Page Count:  3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**

U210057932933



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210057932933

Date Filed: 6/18/2021

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U210055922223 |
| Date Filed | 06/14/2021 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Add Debtor |

Add Debtor:

| Debtor Name | Mailing Address |
|---|---|
| RETROLOCK CONSTRUCTION | 210 W TAFT AVENUE ORANGE, CA 92865 |

Name of Secured Party of Record Authorizing This Amendment:

☐  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| | |
|---|---|
| Authorizing Secured Party Name | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |

Optional Filer Reference Information:
Debtor:Retrolock Corporation 2130 38734

B0404-5376  06/18/2021  12:16 PM Received by California Secretary of State

Certificate Verification No.: 055830521 Date: 10/27/2022

U220239134636

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220239134636 |
| Date Filed: 10/27/2022 |

| Requester Information: | |
| --- | --- |
| Contact Name | Steven Kurtz |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD SUITE 1650 SHERMAN OAKS, CA 91403 |

| Search Information: | |
| --- | --- |
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U210057932933 |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B1207-7335 10/27/2022 3:26 PM Received by California Secretary of State



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

Robert Levinson
LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

Receipt Date:  10/27/2022
Receipt No.:   2832013

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 08841G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |

|  |  |  |
|---|---|---|
| | Total Amount Charged: | **-$10.00** |
| | Total Payment Received: | **$10.00** |



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

---

LEVINSON ARSHONSKY & KURTZ, LLP
STEVEN KURTZ
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| | |
|---|---|
| Request Date:<br>Information | 10/27/2022 3:27 PM |
| Request No.: | U220239135629 |
| Certification No.: | 055831624 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor File Number: U210058952330
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

---

Lien Listing

---

**Lien File No.: U210055922223**       **Filed: 06/14/2021 10:41 AM**      **Lapse: 06/14/2026 11:59 PM**
Lien Type:     Financing Statement

Debtor(s):     RETROLOCK CORPORATION, 210 W TAFT AVENUE, ORANGE, CA  92865
               RETROLOCK CONSTRUCTION, 210 W TAFT AVENUE, ORANGE, CA  92865
               RLC, 210 W TAFT AVENUE, ORANGE, CA  92865

Secured Party(s):  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
                   UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

***Amendment - Add Debtor (1)***
Amendment No.: U210057932933              Filed: 06/18/2021 12:16 PM
***Amendment - Add Debtor (1)***
Amendment No.: U210058952330             Filed: 06/22/2021 12:26 PM
***Amendment - Add Collateral***
Amendment No.: U220121792529              Filed: 01/27/2022 01:38 PM
***Amendment - Add Collateral***
Amendment No.: U220217374436              Filed: 08/09/2022 02:26 PM

Certification No.:  055831624
Page Count:  3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**

U210058952330



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210058952330 |
| Date Filed: 6/22/2021 |

| Submitter Information: | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | U210055922223 |
| Date Filed | 06/14/2021 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Add Debtor |

Add Debtor:

| Debtor Name | Mailing Address |
| --- | --- |
| RLC | 210 W TAFT AVENUE ORANGE, CA 92865 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name    CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

Optional Filer Reference Information:
Debtor:Retrolock Corporation 2130 38937

Certificate Verification No.: 05581624 Date: 10/27/2022

B0405-1767 06/22/2021 12:27 PM Received by California Secretary of State




U220239135629



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: U220239135629 |
| Date Filed: 10/27/2022 |

| Requester Information: | |
| --- | --- |
| Contact Name | Steven Kurtz |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD<br>SUITE 1650<br>SHERMAN OAKS, CA 91403 |

| Search Information: | |
| --- | --- |
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U210058952330 |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B1207-7404  10/27/2022  3:28 PM Received by California Secretary of State



# Secretary of State

**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

Robert Levinson
LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

Receipt Date:   10/27/2022
Receipt No.:    2832042

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 04640G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |

| | |
|---|---|
| Total Amount Charged: | **-$10.00** |
| Total Payment Received: | **$10.00** |



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

LEVINSON ARSHONSKY & KURTZ, LLP
STEVEN KURTZ
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| | |
|---|---|
| Request Date: | 10/27/2022 3:29 PM |
| Information | |
| Request No.: | U220239136328 |
| Certification No.: | 055832929 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor File Number: U220121792529
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

---

Lien Listing

---

**Lien File No.: U210055922223**          **Filed: 06/14/2021 10:41 AM**          **Lapse: 06/14/2026 11:59 PM**
Lien Type:       Financing Statement

Debtor(s):       RETROLOCK CORPORATION, 210 W TAFT AVENUE, ORANGE, CA  92865
                 RETROLOCK CONSTRUCTION, 210 W TAFT AVENUE, ORANGE, CA  92865
                 RLC, 210 W TAFT AVENUE, ORANGE, CA  92865

Secured Party(s): CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
                 UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

***Amendment - Add Debtor (1)***
Amendment No.: U210057932933          Filed: 06/18/2021 12:16 PM
***Amendment - Add Debtor (1)***
Amendment No.: U210058952330          Filed: 06/22/2021 12:26 PM
***Amendment - Add Collateral***
Amendment No.: U220121792529          Filed: 01/27/2022 01:38 PM
***Amendment - Add Collateral***
Amendment No.: U220217374436          Filed: 08/09/2022 02:26 PM

Certification No.:  055832929
Page Count:  3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**




U220121792529



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U220121792529 |
| Date Filed: 1/27/2022 |

| Submitter Information: | |
| :--- | :--- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
| :--- | :--- |
| Initial Financing Statement File Number | U210055922223 |
| Date Filed | 06/14/2021 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |

| Indicate how documentation of Collateral is provided: | Entered as Text |
| :--- | :--- |

Description:
Commercial Tort Claim by Debtor against Next Century Partners, LLC and other named defendants detailed in the matter of Retrolock Corp. v. Next Century Partners, LLC, et al., pending in Los Angeles County Superior Court Case Number 21STCV07384.

Name of Secured Party of Record Authorizing This Amendment:

☐   If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |
| :--- | :--- |

Optional Filer Reference Information:
Debtor:Retrolock Corporation 2258 46629

Certificate Verification No.: 055832929 Date: 10/27/2022

B0465-8151 01/27/2022 1:38 PM Received by California Secretary of State





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220239136328 |
| Date Filed: 10/27/2022 |

U220239136328

B1207-7451 10/27/2022 3:29 PM Received by California Secretary of State

| Requester Information: | |
| --- | --- |
| Contact Name | Steven Kurtz |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD |
| | SUITE 1650 |
| | SHERMAN OAKS, CA 91403 |

| Search Information: | |
| --- | --- |
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U220121792529 |
| Start Date: | |
| Include lapsed filings on search response: | Yes |



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

Robert Levinson

LEVINSON ARSHONSKY & KURTZ, LLP

15303 VENTURA BLVD

SUITE 1650

SHERMAN OAKS, CA  91403

Receipt Date:   10/27/2022
Receipt No.:    2832065

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 08463G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |

| | |
|---|---|
| Total Amount Charged: | **-$10.00** |
| Total Payment Received: | **$10.00** |



# Secretary of State
**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

LEVINSON ARSHONSKY & KURTZ, LLP
STEVEN KURTZ
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| | |
|---|---|
| Request Date: | 10/27/2022 3:31 PM |
| Information | |
| Request No.: | U220239136732 |
| Certification No.: | 055833426 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor File Number: U220217374436
Request Type:  Lien Information Request (UCC 11)
All Records On File (Lapsed and Unlapsed), List and All Copies

---

Lien Listing

---

**Lien File No.: U210055922223**          **Filed: 06/14/2021 10:41 AM**          **Lapse: 06/14/2026 11:59 PM**
Lien Type:        Financing Statement

Debtor(s):        RETROLOCK CORPORATION, 210 W TAFT AVENUE, ORANGE, CA  92865
                  RETROLOCK CONSTRUCTION, 210 W TAFT AVENUE, ORANGE, CA  92865
                  RLC, 210 W TAFT AVENUE, ORANGE, CA  92865

Secured Party(s): CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
                  UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

*Amendment - Add Debtor (1)*
Amendment No.: U210057932933          Filed: 06/18/2021 12:16 PM
*Amendment - Add Debtor (1)*
Amendment No.: U210058952330          Filed: 06/22/2021 12:26 PM
*Amendment - Add Collateral*
Amendment No.: U220121792529          Filed: 01/27/2022 01:38 PM
*Amendment - Add Collateral*
Amendment No.: U220217374436          Filed: 08/09/2022 02:26 PM

Certification No.:   055833426
Page Count:   3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**

U220217374436



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220217374436

Date Filed: 8/9/2022

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U210055922223 |
| Date Filed | 06/14/2021 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |

| Indicate how documentation of Collateral is provided: | Entered as Text |
|---|---|

Description:
Any and all commercial tort claims or other litigation claims which are not proceeds as set forth in the case Retrolock Corporation v. Next Century Partners, LLC, et al, LASC No 21STCV07384.

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

Optional Filer Reference Information:
Debtor:Retrolock Corporation 2373 93015

Certificate Verification No.: 055833426 Date: 10/27/2022

B0997-9452 08/09/2022 2:27 PM Received by California Secretary of State

U220239136732

## STATE OF CALIFORNIA
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U220239136732 |
| Date Filed: 10/27/2022 |

---

**Requester Information:**

| | |
|---|---|
| Contact Name | Steven Kurtz |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD<br>SUITE 1650<br>SHERMAN OAKS, CA 91403 |

**Search Information:**

| | |
|---|---|
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U220217374436 |
| Start Date: | |
| Include lapsed filings on search response: | Yes |

B1207-7504 10/27/2022 3:31 PM Received by California Secretary of State



# Secretary of State

**Business Programs Division**

1500 11th Street,  Sacramento, CA 95814

Robert Levinson

LEVINSON ARSHONSKY & KURTZ, LLP

15303 VENTURA BLVD

SUITE 1650

SHERMAN OAKS, CA  91403

Receipt Date:  10/27/2022

Receipt No.:  2832083

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 04013G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |
| | Total Amount Charged: | **-$10.00** |
| | Total Payment Received: | **$10.00** |



# Secretary of State

**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

---

LEVINSON ARSHONSKY & KURTZ, LLP
NATALIE LESSARD
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

| | |
|---|---|
| Request Date:<br>Information | 10/27/2022 2:32 PM |
| Request No.: | U220239115324 |
| Certification No.: | 055803322 |

## LIEN SEARCH CERTIFICATE

The search results herein reflect only the specific information requested.  The results of this Debtor search will not reflect variances of this name.  If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted.  The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

### Search Criteria:

Debtor File Number: U220117652931
Request Type:   Lien Information Request (UCC 11)
Active (Unlapsed Records Only), List and All Copies

---

Lien Listing

---

| **Lien File No.: U220117652931** | **Filed: 01/12/2022 11:52 AM** | **Lapse: 01/12/2027 11:59 PM** |
|---|---|---|
| Lien Type:    Financing Statement | | |

Debtor(s):       AT INSTALLATION, INC., 1111 E KATELLA AVE, SUITE 230, ORANGE, CA  92867

Secured Party(s):  CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, P.O. BOX 2576
UCCSPREP@CSCINFO.COM, SPRINGFIELD, IL  62708

Certification No.:  055803322
Page Count:  3

I, Shirley N. Weber, Ph.D., Secretary of State, do hereby certify that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgment liens, including any change documents relating to them, which name the referenced debtor, subject to any above-stated search qualifiers and are on file in my office as of **10/23/2022 11:59 PM**.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on October 27, 2022.

**Secretary of State**




U220117652931



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U220117652931 |
| Date Filed: 1/12/2022 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| AT INSTALLATION, INC. | 1111 E KATELLA AVE, SUITE 230 ORANGE, CA 92867 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576     UCCSPREP@CSCINFO.COM SPRINGFIELD, IL 62708 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Assets now owned and hereafter acquired.

Pursuant to an agreement, the debtor herein is not allowed to grant junior liens against any of the Collateral, sell assets outside the ordinary course of business (including accounts and proceeds thereof), or enter into additional financing arrangements. The secured party reserves all of its rights against any person who participates in the violation of the secured party's rights

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2250 00124

Certificate Verification No.: 055803322  Date: 10/27/2022

B0461-7543 01/12/2022 11:52 AM Received by California Secretary of State

U220239115324

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION REQUEST (UCC 11)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220239115324 |
| Date Filed: 10/27/2022 |

| Requester Information: | |
| --- | --- |
| Contact Name | Natalie Lessard |
| Organization Name | Levinson Arshonsky & Kurtz, LLP |
| Phone Number | (818) 382-3434 |
| Email Address | nlessard@laklawyers.com |
| Address | 15303 VENTURA BLVD<br>SUITE 1650<br>SHERMAN OAKS, CA 91403 |

| Search Information: | |
| --- | --- |
| Request Type | Both search and copy request |
| Search Type: | File Number Search |
| File Number: | U220117652931 |
| Start Date: | |
| Include lapsed filings on search response: | No |

B1207-5731 10/27/2022 2:33 PM Received by California Secretary of State



# Secretary of State

**Business Programs Division**
1500 11th Street,  Sacramento, CA 95814

Robert Levinson
LEVINSON ARSHONSKY & KURTZ, LLP
15303 VENTURA BLVD
SUITE 1650
SHERMAN OAKS, CA  91403

Receipt Date:  10/27/2022
Receipt No.:   2831399

## Receipt Detail

| Description | Document/Payment No. | Amount |
|---|---|---|
| Payment - Web Credit Card | 42**********3633 / Auth. No. 09118G | $10.00 |
| UCC 11 Information Request | | -$5.00 |
| UCC Certification Fee(s) | | -$5.00 |

| | |
|---|---|
| Total Amount Charged: | **-$10.00** |
| Total Payment Received: | **$10.00** |