# EXHIBIT "3"



November 9, 2022

Re:  Debtor: Retrolock Corporation
     UCC File# U210055922223, filed 06/14/2021
     Filing Office: California Secretary of State

To Whom it May Concern:

This is to confirm that pursuant to a Secured Party Representative Service Agreement dated July 16, 2013 between Corporation Service Company ("CSC") and Sallyport Commercial Finance, LLC, ("Sallyport"), CSC represents Sallyport as the secured party of record on the above referenced financing statement(s) and acts solely at the direction of Sallyport. CSC has no independent authority to enforce, subordinate or take any other action in regard to the underlying security interest(s). Sallyport is the actual secured party and has the sole and full authority to amend, subordinate or terminate the above referenced financing statement(s) and its security interest(s).

Sincerely,

DocuSigned by:

*Paul Schultz*
B2B568EAAD294AD...

Paul Schultz
Vice President
Corporation Service Company
222 S. Riverside Plaza, Suite 2310
Chicago, IL 60606-5808

251 Little Falls Drive, Wilmington, Delaware 19808