# EXHIBIT "6"

**From:** Tania Tomyn <tania@retrolock.com>
**Sent:** Wednesday, April 6, 2022 11:52 AM
**To:** Emma Hart; Aaron Smith
**Cc:** Nick Hart
**Subject:** RE: SBA loan - Financial Audit - Payroll 04/06/22

Good Afternoon Emma,

I have been slammed so I missed the bottom portion of your email below.

Yes, Benchmarq is working hard but without Sue or Arcy here, it did slow things down because we are struggling pulling financial information. Greg has several options for us but needs data. Fortunately, yesterday a gentleman our CPA recommended started assisting and he is cranking through the items that Greg needs related to TTM. This gentleman, Larry, is already working through updating WIP and working through all answers for Greg. He will be in our office as well starting Monday.

Yes, SBA Loan Increase funds went into CA Bank since that is the bank that was set up and went to last time. I can try to screen shot? I probably will not have that statement for another week in the mail.

I have rent to pay today or we are evicted. I have Health Insurance to pay or we risk cancellation. Aaron and I have hearing in Washington for Lynden on Good Friday. If Sallyport does not advance funds this week, then Aaron and I will need to work on an immediate shut down plan.

We just heard from Anthony next IRS check should hit by end of month but not sure if we close that will come.

We still have liens and lawsuits we fight every day and cannot even pay all of them. LAX only the union has been paid, we cannot afford to pay ABS.

I know you are asking me for many items but I am one person and getting things done as quickly as I can while trying to stay focused on bringing in payments and refinancing. I am also trying to keep employees and payroll not being funded is concerning everyone. I am fighting that battle as well.

*Warm Regards,*

Tania Tomyn, CEO
Cell: 248.505.1266
RetroLock Corp. (RLC)
www.retrolock.com

**From:** Emma Hart <ehart@sallyportcf.com>
**Sent:** Tuesday, April 5, 2022 12:58 PM
**To:** Tania Tomyn <tania@retrolock.com>; Aaron Smith <asmith@retrolock.com>
**Cc:** Nick Hart <nhart@sallyportcf.com>
**Subject:** RE: SBA loan - Financial Audit - Payroll 04/06/22

Hi Tania

I see the two Chase Bank statements, xxx0758 and xxx9151

1

Please can you provide - Chase – xxx5060
California Int'l Bank – xxx6252
Tri Counties – xxxx3992

Please also provide the bank statement for the account that received the SBA loan ( if not one of the above)

We sent payroll and rent out totaling $ 365k and have only collected $ 267k (Inc the $21k coming tomorrow), so we have no wiggle room to advance any further funds, as 8899 was supposed to have paid by now and there was an unanticipated deduction on West Edge.
Can you provide an update of funding sources – have Tri Counties started their audit yet, any news from Benchmarq?

Can you provide an updated spreadsheet on sources and uses for the SBA loan please


Kind Regards
Emma

Emma Hart
EVP of Operations and Senior Credit Officer
Sallyport Commercial Finance, LLC
14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Office Line : 832 939 9450
Fax : 832 939 9449
DD : 832 939 9454     Cell : 805 807 7090     Email : Ehart@Sallyportcf.com  www.sallyportcf.com



Connect with us!

**From:** Tania Tomyn <tania@retrolock.com>
**Sent:** Tuesday, April 5, 2022 1:50 PM
**To:** Emma Hart <ehart@sallyportcf.com>; Aaron Smith <asmith@retrolock.com>
**Cc:** Nick Hart <nhart@sallyportcf.com>
**Subject:** RE: SBA loan - Financial Audit - Payroll 04/06/22

Emma, no we only allocated covering one payroll which we have already for both ATI and RLC last week.  We have had many additional Union Payments and urgent vendor lawsuit and collection payments that were not included in the spreadsheet as well.

All available March bank statements have already been placed in Dropbox per your request.


Tania Tomyn
CEO
Retrolock Corp
Cell:248.505.1266
tania@retrolock.com