# EXHIBIT "7"

**From:** Tania Tomyn <tania@retrolock.com>
**Sent:** Friday, April 29, 2022 8:43 AM
**To:** Emma Hart; Nick Hart; Aaron Smith
**Cc:** Ingrid Chen
**Subject:** RE: Retrolock Wire Details

Yes, confirmed Retrolock Taft redirect of mail.

Tania Tomyn
CEO
Retrolock Corp
Cell:248.505.1266
tania@retrolock.com

-------- Original message --------
From: Emma Hart <ehart@sallyportcf.com>
Date: 4/29/22 8:37 AM (GMT-08:00)
To: Tania Tomyn <tania@retrolock.com>, Nick Hart <nhart@sallyportcf.com>, Aaron Smith <asmith@retrolock.com>
Cc: Ingrid Chen <ichen@sallyportcf.com>
Subject: RE: Retrolock Wire Details

Hi Tania

I checked first thing this morning and I showed the wire pending in our account to go ( that was before 8am CST). I will get on to the bank now.

In the meantime we are looking for your confirmation of what was agreed. I was out yesterday afternoon, but I understand that we agreed to release the wire, and you agreed to confirm via email you agreement to redirect the mail. Please can you send that now, as I contact the bank to see what the hold up is.

Kind Regards
Emma

Emma Hart
EVP of Operations and Senior Credit Officer
Sallyport Commercial Finance, LLC
14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Office Line : 832 939 9450
Fax : 832 939 9449
DD : 832 939 9454    Cell : 805 807 7090    Email : Ehart@Sallyportcf.com  www.sallyportcf.com



1