# EXHIBIT "9"



