# EXHIBIT "10"

| | |
|---|---|
| **From:** | Aaron Smith <asmith@retrolock.com> |
| **Sent:** | Friday, June 17, 2022 8:17 AM |
| **To:** | Dale A. Ortmann (ortmann@huntortmann.com); Michael C. Van; Steven Kurtz; Emma Hart |
| **Cc:** | Tania Tomyn; Aaron Smith |
| **Subject:** | Notice to Sallyport |
| **Importance:** | High |

Good Morning Dale and Steve,

Since Sallyport has put us in default we are noticing Sallyport and Counsel that the power of attorney is rescinded and no longer valid. Additionally, all mail that is being forwarded from Retrolock by Sallyport is hereby directed to stop. Sallyport no longer has authorization. Do NOT forward mail or open mail and power of attorney is rescinded.

All rights reserved.



**Aaron Smith**
A 210 W. Taft Ave., Orange, CA 92865   P (626) 317-0097
M (248) 797-1289   E asmith@retrolock.com
W www.retrolock.com
CA / AZ Lic. 1016630 / ROC 325626

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately.

 Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.



1