# EXHIBIT "11"

| | |
|---|---|
| **From:** | U.S. Postal Service <ChangemyAddress@usps.gov> |
| **Sent:** | Monday, June 27, 2022 2:29 PM |
| **To:** | Emma Hart |
| **Subject:** | Your USPS Change-of-Address Confirmation |



## Hi, Retrolock Corp!

Thanks for submitting your Change-of-Address .

## Your Change-of-Address:

| Order Submission: | Start Forwarding Date: |
|---|---|
| June 27, 2022 | June 24, 2022 |
| **Retrolock Corp: 2217-8900-0064-5480** ||

[View your order]

Mail should arrive at your new address 7-10 postal business days after your move-effective date OR your file date, whichever date is later.

## This email is your official receipt for the $1.10 identity verification fee you were charged during the Change-of-Address request.

Mail forwarded from your old address will be affixed with a yellow or white label with your new address. Please contact and update your address with anyone whose correspondence you receive with a yellow or white label.

1

Notify mailers directly of your new address. Many companies (financial, health insurance, etc.) will not change your address unless you contact them directly. **Failure to notify these companies directly may result in a loss of important services.**

Please retain this official Change-of-Address confirmation for your records as local agencies may require it as proof of your move.

Please do not reply to this email. This email was sent from a notification-only email address that cannot accept incoming mail.

The person who submitted this Change-of-Address form states that he or she is the person, executor, guardian, authorized officer, or agent of the person for whom mail would be forwarded under this order. Anyone submitting false or inaccurate information on this form is subject to punishment by fine or imprisonment or both under Sections 2, 1001, 1702 and 1708 of Title 18, United States Code.

**Not Changing Your Address?**
For help or to contact us about an erroneous Change-of-Address, please call 1-800-ASK-USPS or visit **usps.com** and click on the Contact Us Link.

**Receiving Duplicate Emails from Us?**
This might be happening if:

- You filed more than one Change-of-Address order using the same email address;
- You share an email address with someone who also used this email address for their Change-of-Address.
- You moved more than once within the 12-month period. In this case, use the Order Submitted date at the top of this email to determine which Change-of-Address order this email applies to.

**Unsubscribe**
You are currently subscribed as ehart@sallyportcf.com. We sent you this email because you filed a Change-of-Address with the U.S. Postal Service®. Please **click here to unsubscribe** if you no longer wish to receive USPS mail forwarding notifications.

**Privacy Notice**
For more information regarding our privacy policies visit **usps.com/privacypolicy**.

**Feedback**
To provide feedback, mail your comments to:
National Customer Support Center
United States Postal Service
225 N Humphreys Blvd Ste 501, Memphis, TN 38188-1001.

MYMOVE® and the U.S. Postal Service® cannot guarantee the accuracy of the statements made by the advertisers or the content of the editorial material. Neither MYMOVE® nor the U.S. Postal Service® endorses any company, product or service listed or advertised in this email. Neither MYMOVE® nor the U.S. Postal Service® will be held liable in any manner for any claim, loss, expense, damage or consumer dissatisfaction arising out of or in connection with the use of this email or the MoversGuide Online™ product.

Copyright © 2022 MYMOVE, LLC and United States Postal Service. All Rights Reserved.