# EXHIBIT "13"

| | |
|---|---|
| From: | Emma Hart <ehart@sallyportcf.com> |
| Sent: | Wednesday, July 13, 2022 3:54 PM |
| To: | Aaron Smith |
| Cc: | Gregory Garman; Steven Kurtz; Tania Tomyn; Michael Van; Nick Hart; Natalie Lessard |
| Subject: | Re: Notice to Sallyport West Edge lien |

Aaron
You have changed the address with the IRS for the ERTC checks, the only reason for that is to circumvent the checks coming to Sallyport to repay some of your obligation as promised through the Forbearance agreement as well as multiple conversations. You have attempted to cancel the mail redirect to us that you agreed to, you have tried to do a secret deal with O'Neill to obtain $250k to again circumvent your obligation to Sallyport , despite assuring us that nothing was payable by ANY of your debtors inc O'Neill, on the same weekend that you did your 'deal', and yet you still come out with diatribe that does nothing but serve your purpose of apportioning blame and denying any and all responsibility for this situation.
Tania, are you seriously complicit in all of these actions as it is your name on the door here? You have a fiduciary responsibility to Sallyport as senior secured creditor as well as other creditors.

If there is no prospect of a recovery from the ERTC payments because you have deliberately diverted those payments- then there is zero chance of an ADP payment from Sallyport to repay your obligation to ADP.
You owe us over $6mm - your actions are unbelievable and rest assured , our patience has diminished. We have NEVER worked with individuals that not only have caused a $6mm shortfall , but are also doing everything in their power to ensure a zero recovery to their lender but are trying to line their own pocket with any possible recoveries.

Steve, please prepare the lawsuit - we are done!


Sent from my iPhone


> On Jul 13, 2022, at 7:46 PM, Aaron Smith <asmith@retrolock.com> wrote:
>
>
> Sallyport won't even communicate with us. How your operating is rediculious and done damage to us when AR could have been collected and Sallyport paid in full. Not the made up number of $6.5 number. But the real payoff number and Nick even said they would negotiate. This is all being messed up and the damages are real.
>
> Nick and Emma please let's get on a call and change our plan and help each other.



**Aaron Smith**
A  210 W. Taft Ave., Orange, CA 92865   P  (626) 317-0097
M  (248) 797-1289   E  asmith@retrolock.com
W  https://www.retrolock.com   CA / AZ Lic. 1016630 / ROC 325626

1