# EXHIBIT "14"

| | |
|---|---|
| **From:** | Tania Tomyn <tania@retrolock.com> |
| **Sent:** | Thursday, September 29, 2022 7:16 PM |
| **To:** | Emma Hart; Aaron Smith; Michael C. Van |
| **Cc:** | Ingrid Chen; Nick Hart; Steven Kurtz |
| **Subject:** | RE: 583 - Releases |

Good Evening Emma,

Retrolock is closed. If you need our assistance, then a lawsuit should not have been filed. We have no resources, no funds, and will not be responding. You have advised all clients that you are inaccurately the "Power of Attorney" even though your attorney has not been able to provide proof of this and that you are handling all AR.

*Warm Regards,*

Tania Tomyn, CEO
Cell: 248.505.1266
RetroLock Corp. (RLC)
www.retrolock.com

---

**From:** Emma Hart <ehart@sallyportcf.com>
**Sent:** Thursday, September 29, 2022 8:57 PM
**To:** Aaron Smith <asmith@retrolock.com>; Tania Tomyn <tania@retrolock.com>; Michael C. Van <Michael@shumwayvan.com>
**Cc:** Ingrid Chen <ichen@sallyportcf.com>; Nick Hart <nhart@sallyportcf.com>; Steven Kurtz <skurtz@laklawyers.com>
**Subject:** RE: 583 - Releases

Aaron

There is nothing to collect on Rynoclad – they already paid you, they just require a signature on a lien release because you filed a prelim lien

I don't need it – Rynoclad needs it – I am merely passing the info on to you.

Kind Regards
Emma

Emma Hart
EVP of Operations and Senior Credit Officer
Sallyport Commercial Finance, LLC
14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Office Line : 832 939 9450
Fax : 832 939 9449
DD : 832 939 9454    Cell : 805 807 7090    Email : Ehart@Sallyportcf.com   www.sallyportcf.com