# EXHIBIT "15"

**From:** Aaron Smith <asmith@retrolock.com>
**Sent:** Thursday, September 29, 2022 4:22 PM
**To:** Emma Hart; Tania Tomyn; Michael C. Van
**Cc:** Ingrid Chen
**Subject:** RE: 583 - Releases

Yeah right. We are broke and we don't have any resources. Any time you need of ours needs to be paid if you want our help collecting. Until terms are agreed to we will not do anything.

Aaron Smith
248 797 1289


-------- Original message --------
From: Emma Hart <ehart@sallyportcf.com>
Date: 9/29/22 7:18 PM (GMT-05:00)
To: Tania Tomyn <tania@retrolock.com>, Shannon Holley <sholley@rynoclad.com>
Cc: Ingrid Chen <ichen@sallyportcf.com>, Aaron Smith <asmith@retrolock.com>, Michael Van <michael@shumwayvan.com>
Subject: RE: 583 - Releases

Tania

You are aware that our role is with regard to collection of AR and not lien management.

Please provide Shannon with what she needs

Kind Regards
Emma

Emma Hart
EVP of Operations and Senior Credit Officer
Sallyport Commercial Finance, LLC
14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Office Line : 832 939 9450
Fax : 832 939 9449
DD : 832 939 9454   Cell : 805 807 7090   Email : Ehart@Sallyportcf.com  www.sallyportcf.com



Connect with us!    

**From:** Tania Tomyn <tania@retrolock.com>
**Sent:** Thursday, September 29, 2022 9:15 AM

1