# EXHIBIT "16"



SALLYPORT
commercial finance℠

JUNE 14, 2022

**VIA FEDERAL EXPRESS**

Retrolock Corporation
210 W Taft Avenue
Orange
CA 92865
Attn: Tania Tomyn

Ms. Tania Tomyn
Mr. Aaron Smith
27551 Gold Dust Lane
Laguna Hills
CA 92653

AT Installation, Inc
1111 E Katella Ave, suite 230
Orange, CA 92867

  Re:  Notice of Default and Demand for Amounts Due Sallyport Commercial Finance, LLC, from Retrolock Corporation and Guarantors

Dear Ms Tomyn and Mr Smith:

  Reference is made to the Accounts Sale and Purchase Agreement dated June 18, 2021 (the "ASPA"), which was executed on behalf of Retrolock Corporation ("Client") (including any and all amendments, financing statements, etc.), and that certain Cashflow Loan Addendum to Account Sale and Purchase Agreement effective as of September 30th, 2021 (the "Cashflow Addendum") and that certain Forbearance Agreement  (the "Forbearance Agreement") effective as of January 12th, 2022 and together with the ASPA are collectively referred to herein as the "Factoring Documents".

  In addition to the foregoing, you provided a Continuing Guaranty from AT Installation, Inc dated June 18, 2021 and each, individually provided Sallyport with a Continuing Guaranty each respectively dated as of June 18, 2021, (each a "Guaranty" and collectively, the "Guarantees"). Pursuant to the Guarantees AT Installations, Inc and you each individually agreed to jointly and

14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Tel : 832- 939-9450
Fax : 832- 939-9449



severally be responsible for and pay Sallyport amounts due from Client for claims arising from Client's breach of any representation, warranty or covenant pertaining to the Accounts, including, without limitation, that such Accounts were and are payable in full without discounts, deductions, setoffs, changes, credits provided to and claimed by Account Debtors relating to such Accounts. Be advised that Client is in default under the Factoring Documents.

As of June 10, 2022, the total outstanding amount due from Client is $6,451,302.04, plus accrued fees and interest, with factoring fees continuing to accrue, interest, costs, and attorney's fees continuing to accrue. Accordingly, Sallyport therefore demands payment from you and each of the guarantors, the sum of $6,451,302.04, plus factoring fees which continue to accrue, interest, costs and attorney's fees which also continue to accrue.

Please arrange to make payment to Sallyport in full at this time. If this matter is not satisfactorily resolved by Friday, June 24, 2022, Sallyport intends to take all steps necessary to pursue its rights and remedies. Sallyport may refrain from exercising any of its rights and remedies, from time to time or not at all, without it being a waiver of its rights.

Payment of all sums should be made directly to Sallyport at the following address:

Sallyport Commercial Finance, Inc.
14100 Southwest Freeway, Suite 210
Sugarland, TX 77478

**Or electronically at:**
Cadence Bank
Account Number: 5500082010
ABA: 062206295
Account Name: Sallyport Commercial Finance

All rights are reserved.

Should you have any questions, please contact our office.

Yours sincerely

Nick Hart
President

cc BY EMAIL to: Michael C. Van Michael@shumwayvan.com

14100 Southwest Freeway, Suite 210, Sugar Land, Texas 77478
Tel : 832- 939-9450
Fax : 832- 939-9449