# EXHIBIT "17"

Sallyport Construction US  
Retrolock Corporation  
Cash Flow Loan  
210 W TAFT AVENUE  
ORANGE, CA 92865  
US

Statement for: 9/1/2020 - 9/30/2021  
Loan Statement Report

| Date | Begin Balance | Disbursement | Payment | Other | End Balance | Float Balance | Est. Interest |
|---|---|---|---|---|---|---|---|
| 09/01/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/02/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/03/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/04/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/05/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/06/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/07/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/08/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/09/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/10/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/11/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/12/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/13/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/14/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/15/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/16/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/17/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/18/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/19/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/20/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/21/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/22/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/23/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/24/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/25/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/26/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/27/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/28/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/29/2021 | 0.00 | | | | 0.00 | 0.00 | |
| 09/30/2021 | 0.00 | | | 500,000.00 | 500,000.00 | 500,000.00 | 267.361 |
| 30 days @ Interest Rate  19.25000% | | | | | 16,666.67 | 16,666.67 | |
| TOTALS: | | 0.00 | 0.00 | 500,000.00 | 16,666.67 | 16,666.67 | |

| | |
|---|---|
| Average daily balance: | 16,666.67 |
| Principal charge: | 0.00 |
| Interest charge: | 267.36 |
| Other charges: | 0.00 |
| Total statement charges: | 267.36 |
| Past due balance: | 0.00 |
| TOTAL DUE: | 267.36 |

Sallyport Construction US  
Retrolock Corporation  
Cash Flow Loan  
210 W TAFT AVENUE  
ORANGE, CA 92865  
US

Statement for: 10/1/2021 - 10/31/2021

**Loan Statement Report**

| Date | Begin Balance | Disbursement | Payment | Other | End Balance | Float Balance | Est. Interest |
|---|---|---|---|---|---|---|---|
| 10/01/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/02/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/03/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/04/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/05/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/06/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/07/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/08/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/09/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/10/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/11/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/12/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/13/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/14/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/15/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/16/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/17/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/18/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/19/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/20/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/21/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/22/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/23/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/24/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/25/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/26/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/27/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/28/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/29/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/30/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| 10/31/2021 | 500,000.00 | | | | 500,000.00 | 500,000.00 | 267.361 |
| *31 days @ Interest Rate   19.25000%* | | | | | *500,000.00* | *500,000.00* | |
| **TOTALS:** | | 0.00 | 0.00 | 0.00 | *500,000.00* | *500,000.00* | |

| | |
|---|---|
| Average daily balance: | 500,000.00 |
| Principal charge: | 33,378.47 |
| Interest charge: | 8,288.19 |
| Other charges: | 0.00 |
| **Total statement charges:** | **41,666.66** |
| Past due balance: | 0.00 |
| **TOTAL DUE:** | **41,666.66** |

Sallyport Construction US  
Retrolock Corporation  
Cash Flow Loan  
210 W TAFT AVENUE  
ORANGE, CA 92865  
US

Statement for: 11/1/2021 - 11/30/2021  
Loan Statement Report

| Date | Begin Balance | Disbursement | Payment | Other | End Balance | Float Balance | Est. Interest |
|---|---|---|---|---|---|---|---|
| 11/01/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/02/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/03/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/04/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/05/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/06/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/07/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/08/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/09/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/10/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/11/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/12/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/13/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/14/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/15/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/16/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/17/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/18/2021 | 466,621.53 | | | | 466,621.53 | 466,621.53 | 249.513 |
| 11/19/2021 | 466,621.53 | | | (8,288.19) | 458,333.34 | 458,333.34 | 245.081 |
| 11/20/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/21/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/22/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/23/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/24/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/25/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/26/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/27/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/28/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/29/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| 11/30/2021 | 458,333.34 | | | | 458,333.34 | 458,333.34 | 245.081 |
| *30 days @ Interest Rate*  *19.25000%* | | | | | *463,306.25* | *463,306.25* | |
| *TOTALS:* | | *0.00* | *0.00* | *(8,288.19)* | *463,306.25* | *463,306.25* | |

|  |  |
|---|---|
| Average daily balance: | 463,306.25 |
| Principal charge: | 34,234.46 |
| Interest charge: | 7,432.20 |
| Other charges: | 0.00 |
| Total statement charges: | 41,666.66 |
| Past due balance: | 0.00 |
| TOTAL DUE: | 41,666.66 |