# EXHIBIT "18"

## Sallyport Commercial Finance LLC

Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | Begin Balance | Disbursement | Payment | Other | End Balance |
|---|---|---|---|---|---|
| 12/01/2021 | 0.00 | | | 416,666.68 | 416,666.68 |
| 12/02/2021 | 416,666.68 | | | | 416,666.68 |
| 12/03/2021 | 416,666.68 | | | | 416,666.68 |
| 12/04/2021 | 416,666.68 | | | | 416,666.68 |
| 12/05/2021 | 416,666.68 | | | | 416,666.68 |
| 12/06/2021 | 416,666.68 | | | | 416,666.68 |
| 12/07/2021 | 416,666.68 | | | | 416,666.68 |
| 12/08/2021 | 416,666.68 | | | | 416,666.68 |
| 12/09/2021 | 416,666.68 | | | | 416,666.68 |
| 12/10/2021 | 416,666.68 | | | | 416,666.68 |
| 12/11/2021 | 416,666.68 | | | | 416,666.68 |
| 12/12/2021 | 416,666.68 | | | | 416,666.68 |
| 12/13/2021 | 416,666.68 | | | | 416,666.68 |
| 12/14/2021 | 416,666.68 | | | | 416,666.68 |
| 12/15/2021 | 416,666.68 | | | | 416,666.68 |
| 12/16/2021 | 416,666.68 | | | | 416,666.68 |
| 12/17/2021 | 416,666.68 | | | | 416,666.68 |
| 12/18/2021 | 416,666.68 | | | | 416,666.68 |
| 12/19/2021 | 416,666.68 | | | | 416,666.68 |
| 12/20/2021 | 416,666.68 | | | | 416,666.68 |
| 12/21/2021 | 416,666.68 | | | | 416,666.68 |
| 12/22/2021 | 416,666.68 | | | | 416,666.68 |
| 12/23/2021 | 416,666.68 | | | | 416,666.68 |
| 12/24/2021 | 416,666.68 | | | | 416,666.68 |
| 12/25/2021 | 416,666.68 | | | | 416,666.68 |
| 12/26/2021 | 416,666.68 | | | | 416,666.68 |
| 12/27/2021 | 416,666.68 | | | | 416,666.68 |
| 12/28/2021 | 416,666.68 | | | | 416,666.68 |
| 12/29/2021 | 416,666.68 | | | | 416,666.68 |
| 12/30/2021 | 416,666.68 | | | | 416,666.68 |
| 12/31/2021 | 416,666.68 | | | (41,666.67) | 375,000.01 |
| 01/01/2022 | 375,000.01 | | | | 375,000.01 |
| 01/02/2022 | 375,000.01 | | | | 375,000.01 |
| 01/03/2022 | 375,000.01 | | | | 375,000.01 |
| 01/04/2022 | 375,000.01 | | | | 375,000.01 |
| 01/05/2022 | 375,000.01 | | | | 375,000.01 |
| 01/06/2022 | 375,000.01 | | | | 375,000.01 |
| 01/07/2022 | 375,000.01 | | | | 375,000.01 |
| 01/08/2022 | 375,000.01 | | | | 375,000.01 |
| 01/09/2022 | 375,000.01 | | | | 375,000.01 |
| 01/10/2022 | 375,000.01 | | | | 375,000.01 |
| 01/11/2022 | 375,000.01 | | | | 375,000.01 |
| 01/12/2022 | 375,000.01 | | | | 375,000.01 |
| 01/13/2022 | 375,000.01 | | | | 375,000.01 |
| 01/14/2022 | 375,000.01 | | | | 375,000.01 |
| 01/15/2022 | 375,000.01 | | | | 375,000.01 |

**Sallyport Commercial Finance LLC**  Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | Amount | | | Balance |
|---|---|---|---|---|
| 01/16/2022 | 375,000.01 | | | 375,000.01 |
| 01/17/2022 | 375,000.01 | | | 375,000.01 |
| 01/18/2022 | 375,000.01 | | | 375,000.01 |
| 01/19/2022 | 375,000.01 | | | 375,000.01 |
| 01/20/2022 | 375,000.01 | | | 375,000.01 |
| 01/21/2022 | 375,000.01 | | | 375,000.01 |
| 01/22/2022 | 375,000.01 | | | 375,000.01 |
| 01/23/2022 | 375,000.01 | | | 375,000.01 |
| 01/24/2022 | 375,000.01 | | | 375,000.01 |
| 01/25/2022 | 375,000.01 | | | 375,000.01 |
| 01/26/2022 | 375,000.01 | | | 375,000.01 |
| 01/27/2022 | 375,000.01 | | | 375,000.01 |
| 01/28/2022 | 375,000.01 | | | 375,000.01 |
| 01/29/2022 | 375,000.01 | | | 375,000.01 |
| 01/30/2022 | 375,000.01 | | | 375,000.01 |
| 01/31/2022 | 375,000.01 | | (41,666.67) | 333,333.34 |
| 02/01/2022 | 333,333.34 | | | 333,333.34 |
| 02/02/2022 | 333,333.34 | | | 333,333.34 |
| 02/03/2022 | 333,333.34 | | | 333,333.34 |
| 02/04/2022 | 333,333.34 | | | 333,333.34 |
| 02/05/2022 | 333,333.34 | | | 333,333.34 |
| 02/06/2022 | 333,333.34 | | | 333,333.34 |
| 02/07/2022 | 333,333.34 | | | 333,333.34 |
| 02/08/2022 | 333,333.34 | | | 333,333.34 |
| 02/09/2022 | 333,333.34 | | | 333,333.34 |
| 02/10/2022 | 333,333.34 | | | 333,333.34 |
| 02/11/2022 | 333,333.34 | | | 333,333.34 |
| 02/12/2022 | 333,333.34 | | | 333,333.34 |
| 02/13/2022 | 333,333.34 | | | 333,333.34 |
| 02/14/2022 | 333,333.34 | | | 333,333.34 |
| 02/15/2022 | 333,333.34 | | | 333,333.34 |
| 02/16/2022 | 333,333.34 | | | 333,333.34 |
| 02/17/2022 | 333,333.34 | | | 333,333.34 |
| 02/18/2022 | 333,333.34 | | | 333,333.34 |
| 02/19/2022 | 333,333.34 | | | 333,333.34 |
| 02/20/2022 | 333,333.34 | | | 333,333.34 |
| 02/21/2022 | 333,333.34 | | | 333,333.34 |
| 02/22/2022 | 333,333.34 | | | 333,333.34 |
| 02/23/2022 | 333,333.34 | | | 333,333.34 |
| 02/24/2022 | 333,333.34 | | | 333,333.34 |
| 02/25/2022 | 333,333.34 | | | 333,333.34 |
| 02/26/2022 | 333,333.34 | | | 333,333.34 |
| 02/27/2022 | 333,333.34 | | | 333,333.34 |
| 02/28/2022 | 333,333.34 | | (41,666.67) | 291,666.67 |
| 03/01/2022 | 291,666.67 | | | 291,666.67 |
| 03/02/2022 | 291,666.67 | | | 291,666.67 |
| 03/03/2022 | 291,666.67 | | | 291,666.67 |
| 03/04/2022 | 291,666.67 | | | 291,666.67 |

**Sallyport Commercial Finance LLC**                                   Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | | | | |
|---|---|---|---|---|
| 03/05/2022 | 291,666.67 | | | 291,666.67 |
| 03/06/2022 | 291,666.67 | | | 291,666.67 |
| 03/07/2022 | 291,666.67 | | | 291,666.67 |
| 03/08/2022 | 291,666.67 | | | 291,666.67 |
| 03/09/2022 | 291,666.67 | | | 291,666.67 |
| 03/10/2022 | 291,666.67 | | | 291,666.67 |
| 03/11/2022 | 291,666.67 | | | 291,666.67 |
| 03/12/2022 | 291,666.67 | | | 291,666.67 |
| 03/13/2022 | 291,666.67 | | | 291,666.67 |
| 03/14/2022 | 291,666.67 | | | 291,666.67 |
| 03/15/2022 | 291,666.67 | | | 291,666.67 |
| 03/16/2022 | 291,666.67 | | | 291,666.67 |
| *10 days @ Interest Rate 6* | *19.25000%* | | | *362,421.39* |
| 03/17/2022 | 291,666.67 | | | 291,666.67 |
| 03/18/2022 | 291,666.67 | | | 291,666.67 |
| 03/19/2022 | 291,666.67 | | | 291,666.67 |
| 03/20/2022 | 291,666.67 | | | 291,666.67 |
| 03/21/2022 | 291,666.67 | | | 291,666.67 |
| 03/22/2022 | 291,666.67 | | | 291,666.67 |
| 03/23/2022 | 291,666.67 | | | 291,666.67 |
| 03/24/2022 | 291,666.67 | | | 291,666.67 |
| 03/25/2022 | 291,666.67 | | | 291,666.67 |
| 03/26/2022 | 291,666.67 | | | 291,666.67 |
| 03/27/2022 | 291,666.67 | | | 291,666.67 |
| 03/28/2022 | 291,666.67 | | | 291,666.67 |
| 03/29/2022 | 291,666.67 | | | 291,666.67 |
| 03/30/2022 | 291,666.67 | | | 291,666.67 |
| 03/31/2022 | 291,666.67 | | (41,666.67) | 250,000.00 |
| 04/01/2022 | 250,000.00 | | | 250,000.00 |
| 04/02/2022 | 250,000.00 | | | 250,000.00 |
| 04/03/2022 | 250,000.00 | | | 250,000.00 |
| 04/04/2022 | 250,000.00 | | | 250,000.00 |
| 04/05/2022 | 250,000.00 | | | 250,000.00 |
| 04/06/2022 | 250,000.00 | | | 250,000.00 |
| 04/07/2022 | 250,000.00 | | | 250,000.00 |
| 04/08/2022 | 250,000.00 | | | 250,000.00 |
| 04/09/2022 | 250,000.00 | | | 250,000.00 |
| 04/10/2022 | 250,000.00 | | | 250,000.00 |
| 04/11/2022 | 250,000.00 | | | 250,000.00 |
| 04/12/2022 | 250,000.00 | | | 250,000.00 |
| 04/13/2022 | 250,000.00 | | | 250,000.00 |
| 04/14/2022 | 250,000.00 | | | 250,000.00 |
| 04/15/2022 | 250,000.00 | | | 250,000.00 |
| 04/16/2022 | 250,000.00 | | | 250,000.00 |
| 04/17/2022 | 250,000.00 | | | 250,000.00 |
| 04/18/2022 | 250,000.00 | | | 250,000.00 |
| 04/19/2022 | 250,000.00 | | | 250,000.00 |

**Sallyport Commercial Finance LLC**                                   Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | Balance | | Payment | Ending Balance |
|---|---|---|---|---|
| 04/20/2022 | 250,000.00 | | | 250,000.00 |
| 04/21/2022 | 250,000.00 | | | 250,000.00 |
| 04/22/2022 | 250,000.00 | | | 250,000.00 |
| 04/23/2022 | 250,000.00 | | | 250,000.00 |
| 04/24/2022 | 250,000.00 | | | 250,000.00 |
| 04/25/2022 | 250,000.00 | | | 250,000.00 |
| 04/26/2022 | 250,000.00 | | | 250,000.00 |
| 04/27/2022 | 250,000.00 | | | 250,000.00 |
| 04/28/2022 | 250,000.00 | | | 250,000.00 |
| 04/29/2022 | 250,000.00 | | | 250,000.00 |
| 04/30/2022 | 250,000.00 | | (41,666.67) | 208,333.33 |
| 05/01/2022 | 208,333.33 | | | 208,333.33 |
| 05/02/2022 | 208,333.33 | | | 208,333.33 |
| 05/03/2022 | 208,333.33 | | | 208,333.33 |
| 05/04/2022 | 208,333.33 | | | 208,333.33 |
| *49  days @ Interest Rate* | *19.50000%* | | | *257,653.06* |
| 05/05/2022 | 208,333.33 | | | 208,333.33 |
| 05/06/2022 | 208,333.33 | | | 208,333.33 |
| 05/07/2022 | 208,333.33 | | | 208,333.33 |
| 05/08/2022 | 208,333.33 | | | 208,333.33 |
| 05/09/2022 | 208,333.33 | | | 208,333.33 |
| 05/10/2022 | 208,333.33 | | | 208,333.33 |
| 05/11/2022 | 208,333.33 | | | 208,333.33 |
| 05/12/2022 | 208,333.33 | | | 208,333.33 |
| 05/13/2022 | 208,333.33 | | | 208,333.33 |
| 05/14/2022 | 208,333.33 | | | 208,333.33 |
| 05/15/2022 | 208,333.33 | | | 208,333.33 |
| 05/16/2022 | 208,333.33 | | | 208,333.33 |
| 05/17/2022 | 208,333.33 | | | 208,333.33 |
| 05/18/2022 | 208,333.33 | | | 208,333.33 |
| 05/19/2022 | 208,333.33 | | | 208,333.33 |
| 05/20/2022 | 208,333.33 | | | 208,333.33 |
| 05/21/2022 | 208,333.33 | | | 208,333.33 |
| 05/22/2022 | 208,333.33 | | | 208,333.33 |
| 05/23/2022 | 208,333.33 | | | 208,333.33 |
| 05/24/2022 | 208,333.33 | | | 208,333.33 |
| 05/25/2022 | 208,333.33 | | | 208,333.33 |
| 05/26/2022 | 208,333.33 | | | 208,333.33 |
| 05/27/2022 | 208,333.33 | | | 208,333.33 |
| 05/28/2022 | 208,333.33 | | | 208,333.33 |
| 05/29/2022 | 208,333.33 | | | 208,333.33 |
| 05/30/2022 | 208,333.33 | | | 208,333.33 |
| 05/31/2022 | 208,333.33 | | (41,666.67) | 166,666.66 |
| 06/01/2022 | 166,666.66 | | | 166,666.66 |
| 06/02/2022 | 166,666.66 | | | 166,666.66 |
| 06/03/2022 | 166,666.66 | | | 166,666.66 |
| 06/04/2022 | 166,666.66 | | | 166,666.66 |

**Sallyport Commercial Finance LLC**                                   Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | | | | |
|---|---|---|---|---|
| 06/05/2022 | 166,666.66 | | | 166,666.66 |
| 06/06/2022 | 166,666.66 | | | 166,666.66 |
| 06/07/2022 | 166,666.66 | | | 166,666.66 |
| 06/08/2022 | 166,666.66 | | | 166,666.66 |
| 06/09/2022 | 166,666.66 | | | 166,666.66 |
| 06/10/2022 | 166,666.66 | | | 166,666.66 |
| 06/11/2022 | 166,666.66 | | | 166,666.66 |
| 06/12/2022 | 166,666.66 | | | 166,666.66 |
| 06/13/2022 | 166,666.66 | | | 166,666.66 |
| 06/14/2022 | 166,666.66 | | | 166,666.66 |
| 06/15/2022 | 166,666.66 | | | 166,666.66 |
| *42 days @ Interest Rate* | *20.00000%* | | | *192,460.31* |
| 06/16/2022 | 166,666.66 | | | 166,666.66 |
| 06/17/2022 | 166,666.66 | | | 166,666.66 |
| 06/18/2022 | 166,666.66 | | | 166,666.66 |
| 06/19/2022 | 166,666.66 | | | 166,666.66 |
| 06/20/2022 | 166,666.66 | | | 166,666.66 |
| 06/21/2022 | 166,666.66 | | | 166,666.66 |
| 06/22/2022 | 166,666.66 | | | 166,666.66 |
| 06/23/2022 | 166,666.66 | | | 166,666.66 |
| 06/24/2022 | 166,666.66 | | | 166,666.66 |
| 06/25/2022 | 166,666.66 | | | 166,666.66 |
| 06/26/2022 | 166,666.66 | | | 166,666.66 |
| 06/27/2022 | 166,666.66 | | | 166,666.66 |
| 06/28/2022 | 166,666.66 | | | 166,666.66 |
| 06/29/2022 | 166,666.66 | | | 166,666.66 |
| 06/30/2022 | 166,666.66 | | (41,666.67) | 124,999.99 |
| 07/01/2022 | 124,999.99 | | | 124,999.99 |
| 07/02/2022 | 124,999.99 | | | 124,999.99 |
| 07/03/2022 | 124,999.99 | | | 124,999.99 |
| 07/04/2022 | 124,999.99 | | | 124,999.99 |
| 07/05/2022 | 124,999.99 | | | 124,999.99 |
| 07/06/2022 | 124,999.99 | | | 124,999.99 |
| 07/07/2022 | 124,999.99 | | | 124,999.99 |
| 07/08/2022 | 124,999.99 | | | 124,999.99 |
| 07/09/2022 | 124,999.99 | | | 124,999.99 |
| 07/10/2022 | 124,999.99 | | | 124,999.99 |
| 07/11/2022 | 124,999.99 | | | 124,999.99 |
| 07/12/2022 | 124,999.99 | | | 124,999.99 |
| 07/13/2022 | 124,999.99 | | | 124,999.99 |
| 07/14/2022 | 124,999.99 | | | 124,999.99 |
| 07/15/2022 | 124,999.99 | | | 124,999.99 |
| 07/16/2022 | 124,999.99 | | | 124,999.99 |
| 07/17/2022 | 124,999.99 | | | 124,999.99 |
| 07/18/2022 | 124,999.99 | | | 124,999.99 |
| 07/19/2022 | 124,999.99 | | | 124,999.99 |
| 07/20/2022 | 124,999.99 | | | 124,999.99 |

**Sallyport Commercial Finance LLC**                                Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | Amount | | Balance |
|---|---|---|---|
| 07/21/2022 | 124,999.99 | | 124,999.99 |
| 07/22/2022 | 124,999.99 | | 124,999.99 |
| 07/23/2022 | 124,999.99 | | 124,999.99 |
| 07/24/2022 | 124,999.99 | | 124,999.99 |
| 07/25/2022 | 124,999.99 | | 124,999.99 |
| 07/26/2022 | 124,999.99 | | 124,999.99 |
| 07/27/2022 | 124,999.99 | | 124,999.99 |
| *42 days @ Interest Rate* | *20.75000%* | | *138,888.88* |
| 07/28/2022 | 124,999.99 | | 124,999.99 |
| 07/29/2022 | 124,999.99 | | 124,999.99 |
| 07/30/2022 | 124,999.99 | | 124,999.99 |
| 07/31/2022 | 124,999.99 | | 124,999.99 |
| 08/01/2022 | 124,999.99 | | 124,999.99 |
| 08/02/2022 | 124,999.99 | | 124,999.99 |
| 08/03/2022 | 124,999.99 | | 124,999.99 |
| 08/04/2022 | 124,999.99 | | 124,999.99 |
| 08/05/2022 | 124,999.99 | | 124,999.99 |
| 08/06/2022 | 124,999.99 | | 124,999.99 |
| 08/07/2022 | 124,999.99 | | 124,999.99 |
| 08/08/2022 | 124,999.99 | | 124,999.99 |
| 08/09/2022 | 124,999.99 | | 124,999.99 |
| 08/10/2022 | 124,999.99 | | 124,999.99 |
| 08/11/2022 | 124,999.99 | | 124,999.99 |
| 08/12/2022 | 124,999.99 | | 124,999.99 |
| 08/13/2022 | 124,999.99 | | 124,999.99 |
| 08/14/2022 | 124,999.99 | | 124,999.99 |
| 08/15/2022 | 124,999.99 | | 124,999.99 |
| 08/16/2022 | 124,999.99 | | 124,999.99 |
| 08/17/2022 | 124,999.99 | | 124,999.99 |
| 08/18/2022 | 124,999.99 | | 124,999.99 |
| 08/19/2022 | 124,999.99 | | 124,999.99 |
| 08/20/2022 | 124,999.99 | | 124,999.99 |
| 08/21/2022 | 124,999.99 | | 124,999.99 |
| 08/22/2022 | 124,999.99 | | 124,999.99 |
| 08/23/2022 | 124,999.99 | | 124,999.99 |
| 08/24/2022 | 124,999.99 | | 124,999.99 |
| 08/25/2022 | 124,999.99 | | 124,999.99 |
| 08/26/2022 | 124,999.99 | | 124,999.99 |
| 08/27/2022 | 124,999.99 | | 124,999.99 |
| 08/28/2022 | 124,999.99 | | 124,999.99 |
| 08/29/2022 | 124,999.99 | | 124,999.99 |
| 08/30/2022 | 124,999.99 | | 124,999.99 |
| 08/31/2022 | 124,999.99 | | 124,999.99 |
| 09/01/2022 | 124,999.99 | | 124,999.99 |
| 09/02/2022 | 124,999.99 | | 124,999.99 |
| 09/03/2022 | 124,999.99 | | 124,999.99 |
| 09/04/2022 | 124,999.99 | | 124,999.99 |

Preliminary Loan Statement Report

**Sallyport Commercial Finance LLC**  Statement for: 12/1/2021 - 10/31/2022

Retrolock Corporation  
CFL  
210 W Taft Avenue  
Orange, CA 92865

| Date | Amount | | Balance |
|---|---|---|---|
| 09/05/2022 | 124,999.99 | | 124,999.99 |
| 09/06/2022 | 124,999.99 | | 124,999.99 |
| 09/07/2022 | 124,999.99 | | 124,999.99 |
| 09/08/2022 | 124,999.99 | | 124,999.99 |
| 09/09/2022 | 124,999.99 | | 124,999.99 |
| 09/10/2022 | 124,999.99 | | 124,999.99 |
| 09/11/2022 | 124,999.99 | | 124,999.99 |
| 09/12/2022 | 124,999.99 | | 124,999.99 |
| 09/13/2022 | 124,999.99 | | 124,999.99 |
| 09/14/2022 | 124,999.99 | | 124,999.99 |
| 09/15/2022 | 124,999.99 | | 124,999.99 |
| 09/16/2022 | 124,999.99 | | 124,999.99 |
| 09/17/2022 | 124,999.99 | | 124,999.99 |
| 09/18/2022 | 124,999.99 | | 124,999.99 |
| 09/19/2022 | 124,999.99 | | 124,999.99 |
| 09/20/2022 | 124,999.99 | | 124,999.99 |
| 09/21/2022 | 124,999.99 | | 124,999.99 |
| *56 days @ Interest Rate* | *21.50000%* | | *124,999.99* |
| 09/22/2022 | 124,999.99 | | 124,999.99 |
| 09/23/2022 | 124,999.99 | | 124,999.99 |
| 09/24/2022 | 124,999.99 | | 124,999.99 |
| 09/25/2022 | 124,999.99 | | 124,999.99 |
| 09/26/2022 | 124,999.99 | | 124,999.99 |
| 09/27/2022 | 124,999.99 | | 124,999.99 |
| 09/28/2022 | 124,999.99 | | 124,999.99 |
| 09/29/2022 | 124,999.99 | | 124,999.99 |
| 09/30/2022 | 124,999.99 | | 124,999.99 |
| 10/01/2022 | 124,999.99 | | 124,999.99 |
| 10/02/2022 | 124,999.99 | | 124,999.99 |
| 10/03/2022 | 124,999.99 | | 124,999.99 |
| 10/04/2022 | 124,999.99 | | 124,999.99 |
| 10/05/2022 | 124,999.99 | | 124,999.99 |
| 10/06/2022 | 124,999.99 | | 124,999.99 |
| 10/07/2022 | 124,999.99 | | 124,999.99 |
| 10/08/2022 | 124,999.99 | | 124,999.99 |
| 10/09/2022 | 124,999.99 | | 124,999.99 |
| 10/10/2022 | 124,999.99 | | 124,999.99 |
| 10/11/2022 | 124,999.99 | | 124,999.99 |
| 10/12/2022 | 124,999.99 | | 124,999.99 |
| 10/13/2022 | 124,999.99 | | 124,999.99 |
| 10/14/2022 | 124,999.99 | | 124,999.99 |
| 10/15/2022 | 124,999.99 | | 124,999.99 |
| 10/16/2022 | 124,999.99 | | 124,999.99 |
| 10/17/2022 | 124,999.99 | | 124,999.99 |
| 10/18/2022 | 124,999.99 | | 124,999.99 |
| 10/19/2022 | 124,999.99 | | 124,999.99 |
| 10/20/2022 | 124,999.99 | | 124,999.99 |

Preliminary Loan Statement Report

**Sallyport Commercial Finance LLC**  **Statement for: 12/1/2021 - 10/31/2022**

Retrolock Corporation
CFL
210 W Taft Avenue
Orange, CA 92865

| Date | | | | | |
|---|---|---|---|---|---|
| 10/21/2022 | 124,999.99 | | | | 124,999.99 |
| 10/22/2022 | 124,999.99 | | | | 124,999.99 |
| 10/23/2022 | 124,999.99 | | | | 124,999.99 |
| 10/24/2022 | 124,999.99 | | | | 124,999.99 |
| 10/25/2022 | 124,999.99 | | | | 124,999.99 |
| 10/26/2022 | 124,999.99 | | | | 124,999.99 |
| 10/27/2022 | 124,999.99 | | | | 124,999.99 |
| 10/28/2022 | 124,999.99 | | | | 124,999.99 |
| 10/29/2022 | 124,999.99 | | | | 124,999.99 |
| 10/30/2022 | 124,999.99 | | | | 124,999.99 |
| 10/31/2022 | 124,999.99 | | | | 124,999.99 |
| *40 days @ Interest Rate* | *22.25000%* | | | | *124,999.99* |
| *TOTALS:* | | *0.00* | *0.00* | *124,999.99* | *229,726.37* |

| | |
|---|---:|
| Average daily balance: | 229,726.37 |
| Principal charge: | 0.00 |
| Interest charge: | 42,504.63 |
| Other charges: | 0.00 |
| **Total statement charges:** | **42,504.63** |
| Past due balance: | 0.00 |
| **TOTAL DUE:** | **42,504.63** |