# EXHIBIT "19"

Sallyport Construction US
Client Activity Statement
June 1, 2021 thru June 30, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 6/18/2021 | 8,956,526.07 | | | | | 1,500,000.00 | | 125,000.00 | 35.00 | | 8,956,526.07 | 1,625,035.00 | 7,331,491.07 |
| 6/19/2021 | | | | | | | | | | | 8,956,526.07 | 1,625,035.00 | 7,331,491.07 |
| 6/20/2021 | | | | | | | | | | | 8,956,526.07 | 1,625,035.00 | 7,331,491.07 |
| 6/21/2021 | | | | | | | | | | | 8,956,526.07 | 1,625,035.00 | 7,331,491.07 |
| 6/22/2021 | | | | | | | | | | | 8,956,526.07 | 1,625,035.00 | 7,331,491.07 |
| 6/23/2021 | | | | | (2,467,796.00) | | | | | | 6,488,730.07 | 1,625,035.00 | 4,863,695.07 |
| 6/24/2021 | | | | | | | | | | 10,000.00 | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/25/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/26/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/27/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/28/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/29/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 6/30/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| | 8,956,526.07 | 0.00 | 0.00 | 0.00 | (2,467,796.00) | 1,500,000.00 | 0.00 | 125,000.00 | 35.00 | 10,000.00 | | | |

Page 1 of 1

Sallyport Construction US
Client Activity Statement
July 1, 2021 thru July 31, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 6/30/2021 | | | | | | | | | | | 6,488,730.07 | 1,635,035.00 | 4,853,695.07 |
| 7/1/2021 | | 61,229.70 | | | | | 61,229.70 | | | | 6,427,500.37 | 1,573,805.30 | 4,853,695.07 |
| 7/2/2021 | 1,334,969.70 | | | | | 61,229.70 | | | | 35.00 | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/3/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/4/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/5/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/6/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/7/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/8/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/9/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/10/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/11/2021 | | | | | | | | | | | 7,762,470.07 | 1,635,070.00 | 6,127,400.07 |
| 7/12/2021 | 2,574,480.19 | 73,654.69 | | 239,699.04 | (2,946,306.93) | | 73,654.69 | | | | 7,077,289.60 | 1,561,415.31 | 5,515,874.29 |
| 7/13/2021 | | 232,708.37 | | | | 73,654.69 | 232,708.37 | | | 35.00 | 6,844,581.23 | 1,402,396.63 | 5,442,184.60 |
| 7/14/2021 | | | | | | 232,708.37 | | | | 35.00 | 6,844,581.23 | 1,635,140.00 | 5,209,441.23 |
| 7/15/2021 | | | | | | | | | 400.00 | | 6,844,581.23 | 1,635,540.00 | 5,209,041.23 |
| 7/16/2021 | 6,603,934.45 | 178,646.78 | | 62,000.00 | (6,603,934.45) | 178,646.78 | 178,646.78 | 47,731.81 | | 35.00 | 6,603,934.45 | 1,683,306.81 | 4,920,627.64 |
| 7/17/2021 | | | | | | | | | | | 6,603,934.45 | 1,683,306.81 | 4,920,627.64 |
| 7/18/2021 | | | | | | | | | | | 6,603,934.45 | 1,683,306.81 | 4,920,627.64 |
| 7/19/2021 | | 259,033.76 | | | (343,078.88) | 1,350,000.00 | 259,033.76 | | | 35.00 | 6,001,821.81 | 2,774,308.05 | 3,227,513.76 |
| 7/20/2021 | | | | | | | | | | | 6,001,821.81 | 2,774,308.05 | 3,227,513.76 |
| 7/21/2021 | | 83,253.79 | | 1,872.78 | | 208,000.00 | 83,253.79 | | | 35.00 | 5,916,695.24 | 2,899,089.26 | 3,017,605.98 |
| 7/22/2021 | | 10,128.69 | | 562.71 | | | 10,128.69 | | | | 5,906,003.84 | 2,888,960.57 | 3,017,043.27 |
| 7/23/2021 | | | | | | | | | | | 5,906,003.84 | 2,888,960.57 | 3,017,043.27 |
| 7/24/2021 | | | | | | | | | | | 5,906,003.84 | 2,888,960.57 | 3,017,043.27 |
| 7/25/2021 | | | | | | | | | | | 5,906,003.84 | 2,888,960.57 | 3,017,043.27 |
| 7/26/2021 | | 58,187.39 | | | | | 58,187.39 | | | | 5,847,816.45 | 2,830,773.18 | 3,017,043.27 |
| 7/27/2021 | | | | | | 56,500.00 | | | | 35.00 | 5,847,816.45 | 2,887,308.18 | 2,960,508.27 |
| 7/28/2021 | 882,510.02 | | | | | 85,000.00 | | 6,177.57 | | 35.00 | 6,730,326.47 | 2,978,520.75 | 3,751,805.72 |
| 7/29/2021 | | | | | (136,678.41) | 122,500.00 | | | | 35.00 | 6,593,648.06 | 3,101,055.75 | 3,492,592.31 |
| 7/30/2021 | 1,973,523.11 | | | | (474,924.65) | 183,500.00 | | 13,814.66 | | 35.00 | 8,092,246.52 | 3,298,405.41 | 4,793,841.11 |
| 7/31/2021 | | | | | | | | 11,256.82 | | | 8,092,246.52 | 3,309,662.23 | 4,782,584.29 |
| | 13,369,417.47 | 956,843.17 | 0.00 | 304,134.53 | (10,504,923.32) | 2,551,739.54 | 956,843.17 | 78,980.86 | 610.00 | 140.00 | | | |

Page 1 of 1

Sallyport Construction US
Client Activity Statement
August 1, 2021 thru August 31, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 7/31/2021 | | | | | | | | | | | 8,092,246.52 | 3,309,662.23 | 4,782,584.29 |
| 8/1/2021 | | | | | | | | | | | 8,092,246.52 | 3,309,662.23 | 4,782,584.29 |
| 8/2/2021 | | 58,386.05 | | | (76,025.00) | | 58,386.05 | | | | 7,957,835.47 | 3,251,276.18 | 4,706,559.29 |
| 8/3/2021 | 862,581.59 | 25,286.88 | | | | 630,000.00 | 25,286.88 | 6,038.07 | 35.00 | | 8,795,130.18 | 3,862,062.37 | 4,933,067.81 |
| 8/4/2021 | | 38,763.00 | | | | | 38,763.00 | | | | 8,756,367.18 | 3,823,299.37 | 4,933,067.81 |
| 8/5/2021 | | | | | (320,461.01) | 29,000.00 | | | 35.00 | | 8,435,906.17 | 3,852,334.37 | 4,583,571.80 |
| 8/6/2021 | | 518,354.85 | | | (129,905.91) | 242,000.00 | 518,354.85 | | 35.00 | | 7,787,645.41 | 3,576,014.52 | 4,211,630.89 |
| 8/7/2021 | | | | | | | | | | | 7,787,645.41 | 3,576,014.52 | 4,211,630.89 |
| 8/8/2021 | | | | | | | | | | | 7,787,645.41 | 3,576,014.52 | 4,211,630.89 |
| 8/9/2021 | | | | | (52,463.97) | | | | | | 7,735,181.44 | 3,576,014.52 | 4,159,166.92 |
| 8/10/2021 | | | | | | 362,000.00 | | | 35.00 | | 7,735,181.44 | 3,938,049.52 | 3,797,131.92 |
| 8/11/2021 | | 115,287.78 | | | | | 115,287.78 | | | | 7,619,893.66 | 3,822,761.74 | 3,797,131.92 |
| 8/12/2021 | | 424,988.91 | | 3,530.45 | | 45,500.00 | 424,988.91 | 528.32 | 35.00 | | 7,191,374.30 | 3,443,836.15 | 3,747,538.15 |
| 8/13/2021 | | 36,710.85 | | | | 166,000.00 | 36,710.85 | 256.98 | 35.00 | | 7,154,663.45 | 3,573,417.28 | 3,581,246.17 |
| 8/14/2021 | | | | | | | | | | | 7,154,663.45 | 3,573,417.28 | 3,581,246.17 |
| 8/15/2021 | | | | | | | | | 400.00 | | 7,154,663.45 | 3,573,817.28 | 3,580,846.17 |
| 8/16/2021 | | 1,046,836.70 | | 381,364.26 | | | 1,046,836.70 | 9,997.41 | | | 5,726,462.49 | 2,536,977.99 | 3,189,484.50 |
| 8/17/2021 | | 101,280.41 | | | | 192,000.00 | 101,280.41 | 708.96 | 35.00 | | 5,625,182.08 | 2,628,441.54 | 2,996,740.54 |
| 8/18/2021 | | 29,417.82 | | 661.75 | | 540,000.00 | 29,417.82 | 210.55 | 35.00 | 20,000.00 | 5,595,102.51 | 3,159,269.27 | 2,435,833.24 |
| 8/19/2021 | | 101,674.38 | | | | | 101,674.38 | 711.72 | | | 5,493,428.13 | 3,058,306.61 | 2,435,121.52 |
| 8/20/2021 | | | | | | | | | | | 5,493,428.13 | 3,058,306.61 | 2,435,121.52 |
| 8/21/2021 | | | | | | | | | | | 5,493,428.13 | 3,058,306.61 | 2,435,121.52 |
| 8/22/2021 | | | | | | | | | | | 5,493,428.13 | 3,058,306.61 | 2,435,121.52 |
| 8/23/2021 | | | | | | | | | | 705.09 | 5,493,428.13 | 3,059,011.70 | 2,434,416.43 |
| 8/24/2021 | 1,061,327.94 | 44,596.15 | | | (121,208.69) | | 44,596.15 | 7,757.91 | | | 6,388,951.23 | 3,022,173.46 | 3,366,777.77 |
| 8/25/2021 | 2,013,721.26 | | | | (69,948.80) | 500,000.00 | | 14,585.69 | 35.00 | | 8,332,723.69 | 3,536,794.15 | 4,795,929.54 |
| 8/26/2021 | 313,137.77 | 3,475.00 | | (3,475.00) | | 93,000.00 | 3,475.00 | 2,191.96 | 35.00 | | 8,645,861.46 | 3,628,546.11 | 5,017,315.35 |
| 8/27/2021 | | | | | | 61,000.00 | | | 35.00 | | 8,645,861.46 | 3,689,581.11 | 4,956,280.35 |
| 8/28/2021 | | | | | | | | | | | 8,645,861.46 | 3,689,581.11 | 4,956,280.35 |
| 8/29/2021 | | | | | | | | | | | 8,645,861.46 | 3,689,581.11 | 4,956,280.35 |
| 8/30/2021 | 9,016.20 | | | | | 247,000.00 | | 63.11 | 35.00 | | 8,654,877.66 | 3,936,679.22 | 4,718,198.44 |
| 8/31/2021 | | | | | | | | 18,321.69 | | | 8,654,877.66 | 3,955,000.91 | 4,699,876.75 |
| | 4,259,784.76 | 2,545,058.78 | 0.00 | 382,081.46 | (770,013.38) | 3,107,500.00 | 2,545,058.78 | 61,372.37 | 820.00 | 20,705.09 | | | |

Page 1 of 1

Sallyport Construction US
Client Activity Statement
September 1, 2021 thru September 30, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust-ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust-ments | Accounts Receivable | Funding | Reserve |
| 8/31/2021 | | | | | | | | | | | 8,654,877.66 | 3,955,000.91 | 4,699,876.75 |
| 9/1/2021 | 112,773.00 | | | | | | | 789.41 | | | 8,767,650.66 | 3,955,790.32 | 4,811,860.34 |
| 9/2/2021 | 80,315.02 | 226,441.61 | | | | 146,000.00 | 226,441.61 | 2,147.30 | 35.00 | | 8,621,524.07 | 3,877,531.01 | 4,743,993.06 |
| 9/3/2021 | 122,898.10 | 563,957.69 | | | (169,182.62) | 107,000.00 | 563,957.69 | 5,962.93 | 35.00 | | 8,011,281.86 | 3,426,571.25 | 4,584,710.61 |
| 9/4/2021 | | | | | | | | | | | 8,011,281.86 | 3,426,571.25 | 4,584,710.61 |
| 9/5/2021 | | | | | | | | | | | 8,011,281.86 | 3,426,571.25 | 4,584,710.61 |
| 9/6/2021 | | | | | | | | | | | 8,011,281.86 | 3,426,571.25 | 4,584,710.61 |
| 9/7/2021 | 557,508.03 | 104,373.98 | | 28,884.12 | (343,079.00) | 190,000.00 | 104,373.98 | 7,236.90 | 35.00 | | 8,092,452.79 | 3,519,469.17 | 4,572,983.62 |
| 9/8/2021 | | 31,727.00 | | | | 220,000.00 | 31,727.00 | 222.09 | 35.00 | | 8,060,725.79 | 3,707,999.26 | 4,352,726.53 |
| 9/9/2021 | | 13,500.00 | | (13,500.00) | | 93,000.00 | 13,500.00 | | 35.00 | 13,500.00 | 8,060,725.79 | 3,801,034.26 | 4,259,691.53 |
| 9/10/2021 | | | | 13,500.00 | | | | 94.50 | | (13,500.00) | 8,047,225.79 | 3,787,628.76 | 4,259,597.03 |
| 9/11/2021 | | | | | | | | | | | 8,047,225.79 | 3,787,628.76 | 4,259,597.03 |
| 9/12/2021 | | | | | | | | | | | 8,047,225.79 | 3,787,628.76 | 4,259,597.03 |
| 9/13/2021 | | 24,149.13 | | | | | 24,149.13 | 338.09 | | | 8,023,076.66 | 3,763,817.72 | 4,259,258.94 |
| 9/14/2021 | | | | | | 27,000.00 | | | 35.00 | | 8,023,076.66 | 3,790,852.72 | 4,232,223.94 |
| 9/15/2021 | | 1,529,600.75 | | 5,153.50 | | 350,000.00 | 1,529,600.75 | 7,304.88 | 435.00 | | 6,488,322.41 | 2,618,991.85 | 3,869,330.56 |
| 9/16/2021 | | | | | | 296,000.00 | | | 35.00 | 221.76 | 6,488,322.41 | 2,915,248.61 | 3,573,073.80 |
| 9/17/2021 | 177,410.18 | | | | | | | 1,241.87 | | | 6,665,732.59 | 2,916,490.48 | 3,749,242.11 |
| 9/18/2021 | | | | | | | | | | | 6,665,732.59 | 2,916,490.48 | 3,749,242.11 |
| 9/19/2021 | | | | | | | | | | | 6,665,732.59 | 2,916,490.48 | 3,749,242.11 |
| 9/20/2021 | 25,498.36 | | | | | | | 178.49 | | | 6,691,230.95 | 2,916,668.97 | 3,774,561.98 |
| 9/21/2021 | | | | | (56,250.00) | 50,000.00 | | 787.50 | 35.00 | | 6,634,980.95 | 2,967,491.47 | 3,667,489.48 |
| 9/22/2021 | | 101,239.52 | | | | | 101,239.52 | 708.68 | | | 6,533,741.43 | 2,866,960.63 | 3,666,780.80 |
| 9/23/2021 | 618,337.71 | | | | | 39,000.00 | | 4,328.36 | 35.00 | | 7,152,079.14 | 2,910,323.99 | 4,241,755.15 |
| 9/24/2021 | | | | | (43,337.82) | 53,000.00 | | 303.36 | 35.00 | | 7,108,741.32 | 2,963,662.35 | 4,145,078.97 |
| 9/25/2021 | | | | | | | | | | | 7,108,741.32 | 2,963,662.35 | 4,145,078.97 |
| 9/26/2021 | | | | | | | | | | | 7,108,741.32 | 2,963,662.35 | 4,145,078.97 |
| 9/27/2021 | | | | | (40,316.84) | 30,000.00 | | | 35.00 | | 7,068,424.48 | 2,993,697.35 | 4,074,727.13 |
| 9/28/2021 | 111,763.66 | | | | | 177,000.00 | | 782.35 | 35.00 | | 7,180,188.14 | 3,171,514.70 | 4,008,673.44 |
| 9/29/2021 | | | | | (873,018.87) | 560,000.00 | | 12,145.27 | 35.00 | | 6,307,169.27 | 3,743,694.97 | 2,563,474.30 |
| 9/30/2021 | 12,276.00 | 8,347.50 | | | | 474,000.00 | 8,347.50 | 17,684.79 | 35.00 | 28,268.54 | 6,311,097.77 | 4,255,335.80 | 2,056,029.33 |
| | 1,818,780.06 | 2,603,337.18 | 0.00 | 34,037.62 | (1,525,185.15) | 2,812,000.00 | 2,603,337.18 | 62,256.77 | 925.00 | 28,490.30 | | | |

Sallyport Construction US
Client Activity Statement
October 1, 2021 thru October 31, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 9/30/2021 | | | | | | | | | | | 6,311,097.77 | 4,255,335.80 | 2,555,761.97 |
| 10/1/2021 | | 203,931.69 | | | | | 203,931.69 | 562.20 | | 5,376.35 | 6,107,166.08 | 4,057,342.66 | 2,549,823.42 |
| 10/2/2021 | | | | | | | | | | | 6,107,166.08 | 4,057,342.66 | 2,549,823.42 |
| 10/3/2021 | | | | | | | | | | | 6,107,166.08 | 4,057,342.66 | 2,549,823.42 |
| 10/4/2021 | 187,226.42 | 233,859.96 | | 272,394.88 | (14,457.00) | | 233,859.96 | 8,398.15 | | | 5,773,680.66 | 3,831,880.85 | 2,441,799.81 |
| 10/5/2021 | 422,082.67 | 4,279.00 | | | (29,138.55) | | 4,279.00 | 2,984.53 | | | 6,162,345.78 | 3,830,586.38 | 2,831,759.40 |
| 10/6/2021 | | | | | | 321,500.00 | | | 35.00 | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/7/2021 | | | | | | | | | | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/8/2021 | | | | | | | | | | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/9/2021 | | | | | | | | | | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/10/2021 | | | | | | | | | | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/11/2021 | | | | | | | | | | | 6,162,345.78 | 4,152,121.38 | 2,510,224.40 |
| 10/12/2021 | 230,000.52 | 53,113.75 | | 1,194.79 | (21,735.12) | | 53,113.75 | 2,370.32 | | | 6,316,302.64 | 4,101,377.95 | 2,714,924.69 |
| 10/13/2021 | 4,010.38 | | | | (35,263.31) | 45,000.00 | | 28.07 | 35.00 | | 6,285,049.71 | 4,146,441.02 | 2,638,608.69 |
| 10/14/2021 | | 785,629.82 | | 503.11 | | 50,000.00 | 785,629.82 | 9,927.83 | 35.00 | | 5,498,916.78 | 3,420,774.03 | 2,578,142.75 |
| 10/15/2021 | | 1,806,995.85 | | | | 243,000.00 | 1,806,995.85 | 12,648.97 | 435.00 | | 3,691,920.93 | 1,869,862.15 | 2,322,058.78 |
| 10/16/2021 | | | | | | | | | | | 3,691,920.93 | 1,869,862.15 | 2,322,058.78 |
| 10/17/2021 | | | | | | | | | | | 3,691,920.93 | 1,869,862.15 | 2,322,058.78 |
| 10/18/2021 | | | | | | 506,000.00 | | | 35.00 | 221.05 | 3,691,920.93 | 2,376,118.20 | 1,815,802.73 |
| 10/19/2021 | | 100,592.95 | | | | | 100,592.95 | 704.15 | | | 3,591,327.98 | 2,276,229.40 | 1,815,098.58 |
| 10/20/2021 | | 137,265.42 | | | | 85,000.00 | 137,265.42 | 1,107.55 | 35.00 | | 3,454,062.56 | 2,225,106.53 | 1,728,956.03 |
| 10/21/2021 | | 70,315.80 | | 710.26 | (200,699.63) | 38,000.00 | 70,315.80 | 1,404.90 | 35.00 | | 3,182,336.87 | 2,194,230.63 | 1,488,106.24 |
| 10/22/2021 | 5,168.96 | 12,550.50 | | 697.25 | | 20,000.00 | 12,550.50 | 221.65 | 35.00 | | 3,174,258.08 | 2,201,936.78 | 1,472,321.30 |
| 10/23/2021 | | | | | | | | | | | 3,174,258.08 | 2,201,936.78 | 1,472,321.30 |
| 10/24/2021 | | | | | | | | | | | 3,174,258.08 | 2,201,936.78 | 1,472,321.30 |
| 10/25/2021 | 293,413.57 | | | | | | | 2,053.90 | | | 3,467,671.65 | 2,203,990.68 | 1,763,680.97 |
| 10/26/2021 | 601,925.59 | | | | (23,034.34) | 122,000.00 | | 4,535.96 | 35.00 | | 4,046,562.90 | 2,330,561.64 | 2,216,001.26 |
| 10/27/2021 | | | | | | 330,000.00 | | | 35.00 | | 4,046,562.90 | 2,660,596.64 | 1,885,966.26 |
| 10/28/2021 | 375,703.92 | 3,541.11 | | (752.48) | | 49,000.00 | 3,541.11 | 2,668.97 | 35.00 | 899.25 | 4,419,478.19 | 2,709,658.75 | 2,209,819.44 |
| 10/29/2021 | | | | | | 115,000.00 | | | 35.00 | 6,163.28 | 4,419,478.19 | 2,830,857.03 | 2,088,621.16 |
| 10/30/2021 | | | | | | | | | | | 4,419,478.19 | 2,830,857.03 | 2,088,621.16 |
| 10/31/2021 | | | | | | | | 22,803.45 | | | 4,419,478.19 | 2,853,660.48 | 2,074,105.90 |
| | 2,119,532.03 | 3,412,075.85 | 0.00 | 274,747.81 | (324,327.95) | 1,924,500.00 | 3,412,075.85 | 72,420.60 | 820.00 | 12,659.93 | | | |

Page 1 of 1

Sallyport Construction US
Client Activity Statement
November 1, 2021 thru November 30, 2021

Retrolock Corporation
210 W TAFT AVENUE
ORANGE, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust-ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust-ments | Accounts Receivable | Funding | Reserve |
| 10/31/2021 | | | | | | | | | | | 4,419,478.19 | 2,853,660.48 | 2,032,439.24 |
| 11/1/2021 | 1,780,304.47 | 28,462.16 | | (28,462.16) | (625,529.91) | 814,000.00 | 28,462.16 | 18,817.99 | 35.00 | 32,366.12 | 5,574,252.75 | 3,690,417.43 | 2,350,456.85 |
| 11/2/2021 | | 64,310.06 | | 87,704.13 | | 37,000.00 | 64,310.06 | 1,678.03 | 35.00 | (27,138.75) | 5,422,238.56 | 3,637,681.65 | 2,251,178.44 |
| 11/3/2021 | | | | | | 43,500.00 | | | 35.00 | | 5,422,238.56 | 3,681,216.65 | 2,207,643.44 |
| 11/4/2021 | | | | | | 40,000.00 | | | | | 5,422,238.56 | 3,721,216.65 | 2,167,643.44 |
| 11/5/2021 | 17,940.16 | | | | | | | 125.58 | | | 5,440,178.72 | 3,721,342.23 | 2,185,458.02 |
| 11/6/2021 | | | | | | | | | | | 5,440,178.72 | 3,721,342.23 | 2,185,458.02 |
| 11/7/2021 | | | | | | | | | | | 5,440,178.72 | 3,721,342.23 | 2,185,458.02 |
| 11/8/2021 | | | | | | | | | | | 5,440,178.72 | 3,721,342.23 | 2,185,458.02 |
| 11/9/2021 | | 562.71 | | (562.71) | (576,810.97) | | 562.71 | | | | 4,863,367.75 | 3,720,779.52 | 1,609,209.76 |
| 11/10/2021 | 223,766.75 | | | | (225,234.52) | 260,000.00 | | 3,112.33 | 35.00 | 10,400.00 | 4,861,899.98 | 3,994,326.85 | 1,334,194.66 |
| 11/11/2021 | | | | | | | | | | | 4,861,899.98 | 3,994,326.85 | 1,334,194.66 |
| 11/12/2021 | | 166,862.93 | | 4,281.26 | | | 166,862.93 | 1,783.30 | | | 4,690,755.79 | 3,829,247.22 | 1,328,130.10 |
| 11/13/2021 | | | | | | | | | | | 4,690,755.79 | 3,829,247.22 | 1,328,130.10 |
| 11/14/2021 | | | | | | | | | | | 4,690,755.79 | 3,829,247.22 | 1,328,130.10 |
| 11/15/2021 | | 132,612.79 | | 106.47 | | | 132,612.79 | 854.51 | 400.00 | | 4,558,036.53 | 3,697,888.94 | 1,326,769.12 |
| 11/16/2021 | 147,535.00 | 422,082.67 | | | | | 422,082.67 | 3,987.33 | | | 4,283,488.86 | 3,279,793.60 | 1,470,316.79 |
| 11/17/2021 | | | | | | | | | | | 4,283,488.86 | 3,279,793.60 | 1,470,316.79 |
| 11/18/2021 | 106,144.01 | | | | | 260,000.00 | | 743.01 | 35.00 | | 4,389,632.87 | 3,540,571.61 | 1,315,682.79 |
| 11/19/2021 | | | | | | | | | | 10,400.00 | 4,389,632.87 | 3,550,971.61 | 1,305,282.79 |
| 11/20/2021 | | | | | | | | | | | 4,389,632.87 | 3,550,971.61 | 1,305,282.79 |
| 11/21/2021 | | | | | | | | | | | 4,389,632.87 | 3,550,971.61 | 1,305,282.79 |
| 11/22/2021 | | 49,133.57 | | (168.40) | | | 49,133.57 | 685.51 | | 168.40 | 4,340,667.70 | 3,502,691.95 | 1,304,597.28 |
| 11/23/2021 | 857,107.38 | 46,727.95 | | | (209,160.32) | | 46,727.95 | 9,372.18 | | | 4,941,886.81 | 3,465,336.18 | 1,943,172.16 |
| 11/24/2021 | 284,638.66 | | | | (236,015.63) | 257,000.00 | | 2,433.47 | 35.00 | 10,280.00 | 4,990,509.84 | 3,735,084.65 | 1,722,046.72 |
| 11/25/2021 | | | | | | | | | | | 4,990,509.84 | 3,735,084.65 | 1,722,046.72 |
| 11/26/2021 | | | | | | | | | | | 4,990,509.84 | 3,735,084.65 | 1,722,046.72 |
| 11/27/2021 | | | | | | | | | | | 4,990,509.84 | 3,735,084.65 | 1,722,046.72 |
| 11/28/2021 | | | | | | | | | | | 4,990,509.84 | 3,735,084.65 | 1,722,046.72 |
| 11/29/2021 | 179,269.66 | | | | (26,237.14) | | | 1,764.32 | | | 5,143,542.36 | 3,736,848.97 | 1,873,314.92 |
| 11/30/2021 | | | | | | | | 23,286.77 | | | 5,143,542.36 | 3,760,135.74 | 1,857,460.35 |
| | 3,596,706.09 | 910,754.84 | 0.00 | 62,898.59 | (1,898,988.49) | 1,711,500.00 | 910,754.84 | 68,644.33 | 610.00 | 36,475.77 | | | |