# EXHIBIT "20"

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 12/1/2021 | 5,143,542.36 | 109,716.15 | | 180,870.33 | | 3,760,135.74 | 109,716.15 | 3,753.19 | | 277.08 | 4,852,955.88 | 3,654,449.86 | 1,198,506.02 |
| 12/2/2021 | 81,000.00 | | | | | | | 567.00 | | | 4,933,955.88 | 3,655,016.86 | 1,278,939.02 |
| 12/3/2021 | | | | | (27,000.00) | | | | | 4,175.88 | 4,906,955.88 | 3,659,192.74 | 1,247,763.14 |
| 12/4/2021 | | | | | | | | | | | 4,906,955.88 | 3,659,192.74 | 1,247,763.14 |
| 12/5/2021 | | | | | | | | | | | 4,906,955.88 | 3,659,192.74 | 1,247,763.14 |
| 12/6/2021 | | | | | | | | | | | 4,906,955.88 | 3,659,192.74 | 1,247,763.14 |
| 12/7/2021 | | | | | (204,515.50) | | | | | | 4,702,440.38 | 3,659,192.74 | 1,043,247.64 |
| 12/8/2021 | 305,168.54 | | | | | 120,000.00 | | 2,136.18 | 35.00 | 4,800.00 | 5,007,608.92 | 3,786,163.92 | 1,221,445.00 |
| 12/9/2021 | | | | | | | | | | | 5,007,608.92 | 3,786,163.92 | 1,221,445.00 |
| 12/10/2021 | 306,450.00 | | | | (49,087.81) | 26,000.00 | | 2,145.15 | 35.00 | 1,040.00 | 5,264,971.11 | 3,815,384.07 | 1,449,587.04 |
| 12/11/2021 | | | | | | | | | | | 5,264,971.11 | 3,815,384.07 | 1,449,587.04 |
| 12/12/2021 | | | | | | | | | | | 5,264,971.11 | 3,815,384.07 | 1,449,587.04 |
| 12/13/2021 | | | | | | | | | | | 5,264,971.11 | 3,815,384.07 | 1,449,587.04 |
| 12/14/2021 | | | | | | 53,000.00 | | | 35.00 | | 5,264,971.11 | 3,868,419.07 | 1,396,552.04 |
| 12/15/2021 | | | | | | 288,000.00 | | | 70.00 | | 5,264,971.11 | 4,156,489.07 | 1,108,482.04 |
| 12/16/2021 | 14,706.03 | 86,376.14 | | 4,511.51 | | | 86,376.14 | 1,339.18 | | 14,305.82 | 5,188,789.49 | 4,085,757.93 | 1,103,031.56 |
| 12/17/2021 | | 206,213.93 | | 64,698.07 | | | 206,213.93 | 1,896.38 | | | 4,917,877.49 | 3,881,440.38 | 1,036,437.11 |
| 12/18/2021 | | | | | | | | | | | 4,917,877.49 | 3,881,440.38 | 1,036,437.11 |
| 12/19/2021 | | | | | | | | | | | 4,917,877.49 | 3,881,440.38 | 1,036,437.11 |
| 12/20/2021 | | 188,288.06 | | 81,691.35 | | | 188,288.06 | 1,920.58 | | | 4,647,898.08 | 3,695,072.90 | 952,825.18 |
| 12/21/2021 | 436,011.07 | 7,000.00 | | | | 260,000.00 | 7,000.00 | 3,052.08 | 35.00 | 10,400.00 | 5,076,909.15 | 3,961,559.98 | 1,115,349.17 |
| 12/22/2021 | | | | | | | | 49.00 | | | 5,076,909.15 | 3,961,608.98 | 1,115,300.17 |
| 12/23/2021 | 9,000.00 | | | | | | | 63.00 | | | 5,085,909.15 | 3,961,671.98 | 1,124,237.17 |
| 12/24/2021 | | | | | | | | | | | 5,085,909.15 | 3,961,671.98 | 1,124,237.17 |
| 12/25/2021 | | | | | | | | | | | 5,085,909.15 | 3,961,671.98 | 1,124,237.17 |
| 12/26/2021 | | | | | | | | | | | 5,085,909.15 | 3,961,671.98 | 1,124,237.17 |
| 12/27/2021 | | | | | | | | | | | 5,085,909.15 | 3,961,671.98 | 1,124,237.17 |
| 12/28/2021 | 32,255.39 | | | | | 260,000.00 | | 225.79 | 35.00 | | 5,118,164.54 | 4,221,932.77 | 896,231.77 |
| 12/29/2021 | 59,912.28 | | | | | | | 419.39 | | | 5,178,076.82 | 4,222,352.16 | 955,724.66 |
| 12/30/2021 | 206,075.38 | | | | | | | 1,442.53 | | | 5,384,152.20 | 4,223,794.69 | 1,160,357.51 |
| 12/31/2021 | | 20,048.47 | | 108,341.76 | | | 20,048.47 | 27,089.45 | | | 5,255,761.97 | 4,230,835.67 | 1,024,926.30 |
| 1/1/2022 | | | | | | | | | | | 5,255,761.97 | 4,230,835.67 | 1,024,926.30 |
| 1/2/2022 | | | | | | | | | | | 5,255,761.97 | 4,230,835.67 | 1,024,926.30 |
| 1/3/2022 | | | | | | | | | | | 5,255,761.97 | 4,230,835.67 | 1,024,926.30 |
| 1/4/2022 | | | | | | | | | | 4,515.08 | 5,255,761.97 | 4,235,350.75 | 1,020,411.22 |
| 1/5/2022 | | | | | | 230,000.00 | | | 35.00 | 19,600.00 | 5,255,761.97 | 4,484,985.75 | 770,776.22 |
| 1/6/2022 | | | | | | | | | | | 5,255,761.97 | 4,484,985.75 | 770,776.22 |
| 1/7/2022 | | | | | | | | | | | 5,255,761.97 | 4,484,985.75 | 770,776.22 |

Page 1 of 9

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 1/8/2022 | | | | | | | | | | | 5,255,761.97 | 4,484,985.75 | 770,776.22 |
| 1/9/2022 | | | | | | | | | | | 5,255,761.97 | 4,484,985.75 | 770,776.22 |
| 1/10/2022 | | 20,092.31 | | 262,585.97 | (408,211.82) | | 20,092.31 | 17,202.99 | | | 4,564,871.87 | 4,482,096.43 | 82,775.44 |
| 1/11/2022 | 108,993.37 | | | | | | | 762.95 | | | 4,673,865.24 | 4,482,859.38 | 191,005.86 |
| 1/12/2022 | | 18,627.69 | | (9,562.06) | | 210,000.00 | 18,627.69 | 63.46 | 35.00 | | 4,664,799.61 | 4,674,330.15 | (9,530.54) |
| 1/13/2022 | | 25.65 | | | | | 25.65 | 127.10 | | | 4,664,773.96 | 4,674,431.60 | (9,657.64) |
| 1/14/2022 | | | | | | | | | | | 4,664,773.96 | 4,674,431.60 | (9,657.64) |
| 1/15/2022 | | | | | | | | | | | 4,664,773.96 | 4,674,431.60 | (9,657.64) |
| 1/16/2022 | | | | | | | | | | | 4,664,773.96 | 4,674,431.60 | (9,657.64) |
| 1/17/2022 | | | | | | | | | | | 4,664,773.96 | 4,674,431.60 | (9,657.64) |
| 1/18/2022 | | 81,000.00 | | | (14,362.77) | | 81,000.00 | 567.18 | | | 4,569,411.19 | 4,593,998.78 | (24,587.59) |
| 1/19/2022 | 767,782.82 | | | | (204,515.50) | 336,579.37 | | 6,806.09 | 35.00 | 13,463.18 | 5,132,678.51 | 4,950,882.42 | 181,796.09 |
| 1/20/2022 | 268,444.46 | 7,451.81 | | | | | 7,451.81 | 1,931.27 | | 265.96 | 5,393,671.16 | 4,945,627.84 | 448,043.32 |
| 1/21/2022 | | | | | | | | 104.33 | | | 5,393,671.16 | 4,945,732.17 | 447,938.99 |
| 1/22/2022 | | | | | | | | | | | 5,393,671.16 | 4,945,732.17 | 447,938.99 |
| 1/23/2022 | | | | | | | | | | | 5,393,671.16 | 4,945,732.17 | 447,938.99 |
| 1/24/2022 | | 3,513.00 | | 0.03 | | | 3,513.00 | 24.59 | | | 5,390,158.13 | 4,942,243.76 | 447,914.37 |
| 1/25/2022 | | | | | | | | 49.18 | | | 5,390,158.13 | 4,942,292.94 | 447,865.19 |
| 1/26/2022 | | | | | | 270,000.00 | | | 35.00 | 10,800.00 | 5,390,158.13 | 5,223,127.94 | 167,030.19 |
| 1/27/2022 | 16,965.00 | | | | | | | 118.76 | | | 5,407,123.13 | 5,223,246.70 | 183,876.43 |
| 1/28/2022 | 14,654.24 | | | | | | | 102.58 | | | 5,421,777.37 | 5,223,349.28 | 198,428.09 |
| 1/29/2022 | | | | | | | | | | | 5,421,777.37 | 5,223,349.28 | 198,428.09 |
| 1/30/2022 | | | | | | | | | | | 5,421,777.37 | 5,223,349.28 | 198,428.09 |
| 1/31/2022 | | 346,706.45 | | 646,508.74 | | | 346,706.45 | 55,822.70 | | 12,762.12 | 4,428,562.18 | 4,945,227.65 | (516,665.47) |
| 2/1/2022 | | 36,057.60 | | | | | 36,057.60 | 504.81 | | | 4,392,504.58 | 4,909,674.86 | (517,170.28) |
| 2/2/2022 | | | | | | 300,000.00 | | | 35.00 | 14,986.65 | 4,392,504.58 | 5,224,696.51 | (832,191.93) |
| 2/3/2022 | | 56,676.66 | | 22,470.00 | | | 56,676.66 | 2,642.16 | | | 4,313,357.92 | 5,170,662.01 | (857,304.09) |
| 2/4/2022 | | | | | | | | | | | 4,313,357.92 | 5,170,662.01 | (857,304.09) |
| 2/5/2022 | | | | | | | | | | | 4,313,357.92 | 5,170,662.01 | (857,304.09) |
| 2/6/2022 | | | | | | | | | | | 4,313,357.92 | 5,170,662.01 | (857,304.09) |
| 2/7/2022 | | | | | | | | | | | 4,313,357.92 | 5,170,662.01 | (857,304.09) |
| 2/8/2022 | 439,029.46 | 1,693.81 | | (1,693.81) | (225,009.37) | | 1,693.81 | 7,570.29 | | 1,693.81 | 4,527,378.01 | 5,178,232.30 | (650,854.29) |
| 2/9/2022 | | | | 168.40 | | 215,000.00 | | | 35.00 | 6,906.19 | 4,527,209.61 | 5,400,173.49 | (872,963.88) |
| 2/10/2022 | 29,049.03 | 24,750.91 | | 2,801.26 | | | 24,750.91 | 589.07 | | | 4,528,706.47 | 5,376,011.65 | (847,305.18) |
| 2/11/2022 | | | | | (33,873.77) | | | 1,334.19 | | | 4,494,832.70 | 5,377,345.84 | (882,513.14) |
| 2/12/2022 | | | | | | | | | | | 4,494,832.70 | 5,377,345.84 | (882,513.14) |
| 2/13/2022 | | | | | | | | | | | 4,494,832.70 | 5,377,345.84 | (882,513.14) |
| 2/14/2022 | | 167,273.49 | | 37,940.14 | | | 167,273.49 | 2,872.99 | | 5,342.40 | 4,289,619.07 | 5,218,287.74 | (928,668.67) |

Page 2 of 9

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 2/15/2022 | | 6,455.73 | | | | | 6,455.73 | 2,963.37 | 400.00 | | 4,283,163.34 | 5,215,195.38 | (932,032.04) |
| 2/16/2022 | 38,441.67 | | | | (751,943.77) | 204,000.00 | | 11,104.10 | 35.00 | | 3,569,661.24 | 5,430,334.48 | (1,860,673.24) |
| 2/17/2022 | 1,926.62 | 28,287.35 | | 5,222.35 | | | 28,287.35 | 10,273.20 | | 262.92 | 3,538,078.16 | 5,412,583.25 | (1,874,505.09) |
| 2/18/2022 | | | | | | | | | | 8,160.00 | 3,538,078.16 | 5,420,743.25 | (1,882,665.09) |
| 2/19/2022 | | | | | | | | | | | 3,538,078.16 | 5,420,743.25 | (1,882,665.09) |
| 2/20/2022 | | | | | | | | | | | 3,538,078.16 | 5,420,743.25 | (1,882,665.09) |
| 2/21/2022 | | | | | | | | | | | 3,538,078.16 | 5,420,743.25 | (1,882,665.09) |
| 2/22/2022 | 14,033.89 | 4,500.00 | | | | | 4,500.00 | 161.24 | | | 3,547,612.05 | 5,416,404.49 | (1,868,792.44) |
| 2/23/2022 | 408,875.58 | | | | | | | 2,862.13 | | | 3,956,487.63 | 5,419,266.62 | (1,462,778.99) |
| 2/24/2022 | | | | | | 38,000.00 | | | 35.00 | | 3,956,487.63 | 5,457,301.62 | (1,500,813.99) |
| 2/25/2022 | 231,510.16 | | | | | | | 1,620.57 | | | 4,187,997.79 | 5,458,922.19 | (1,270,924.40) |
| 2/26/2022 | | | | | | | | | | | 4,187,997.79 | 5,458,922.19 | (1,270,924.40) |
| 2/27/2022 | | | | | | | | | | | 4,187,997.79 | 5,458,922.19 | (1,270,924.40) |
| 2/28/2022 | 9,355.68 | | | | | | | 27,553.53 | | | 4,197,353.47 | 5,486,475.72 | (1,289,122.25) |
| 3/1/2022 | | 22,321.23 | | 471,001.84 | | | 22,321.23 | 11,632.36 | | | 3,704,030.40 | 5,475,786.85 | (1,771,756.45) |
| 3/2/2022 | | | | | | 178,390.60 | | 6,665.17 | 110.00 | 10,071.98 | 3,704,030.40 | 5,671,024.60 | (1,966,994.20) |
| 3/3/2022 | | 2.00 | | 117,261.10 | | | 2.00 | 2,814.90 | | | 3,586,767.30 | 5,673,837.50 | (2,087,070.20) |
| 3/4/2022 | | 23,684.00 | | (0.54) | | | 23,684.00 | 1,973.25 | | | 3,563,083.84 | 5,652,126.75 | (2,089,042.91) |
| 3/5/2022 | | | | | | | | | | | 3,563,083.84 | 5,652,126.75 | (2,089,042.91) |
| 3/6/2022 | | | | | | | | | | | 3,563,083.84 | 5,652,126.75 | (2,089,042.91) |
| 3/7/2022 | 21,328.66 | 4,199.40 | | | | | 4,199.40 | 178.70 | | | 3,580,213.10 | 5,648,106.05 | (2,067,892.95) |
| 3/8/2022 | | | | | | | | 157.51 | | 1,338.75 | 3,580,213.10 | 5,649,602.31 | (2,069,389.21) |
| 3/9/2022 | | 365,585.72 | | 46,741.89 | | 188,833.77 | 365,585.72 | 5,772.59 | 220.00 | 7,553.35 | 3,167,885.49 | 5,486,396.30 | (2,318,510.81) |
| 3/10/2022 | | | | | | | | | | | 3,167,885.49 | 5,486,396.30 | (2,318,510.81) |
| 3/11/2022 | 5,625.00 | | | | (55,086.65) | | | 810.59 | | | 3,118,423.84 | 5,487,206.89 | (2,368,783.05) |
| 3/12/2022 | | | | | | | | | | | 3,118,423.84 | 5,487,206.89 | (2,368,783.05) |
| 3/13/2022 | | | | | | | | | | | 3,118,423.84 | 5,487,206.89 | (2,368,783.05) |
| 3/14/2022 | 399,143.38 | 3,015.00 | | | (300,171.38) | | 3,015.00 | 15,817.94 | | | 3,214,380.84 | 5,500,009.83 | (2,285,628.99) |
| 3/15/2022 | | | | | | | | | 400.00 | | 3,214,380.84 | 5,500,409.83 | (2,286,028.99) |
| 3/16/2022 | 2,185.73 | | | | | 211,845.13 | | 15.30 | 105.00 | | 3,216,566.57 | 5,712,375.26 | (2,495,808.69) |
| 3/17/2022 | | 50,733.13 | | 255,716.87 | | | 50,733.13 | 7,356.34 | | | 2,910,116.57 | 5,668,998.47 | (2,758,881.90) |
| 3/18/2022 | | | | | | | | | | 262.33 | 2,910,116.57 | 5,669,260.80 | (2,759,144.23) |
| 3/19/2022 | | | | | | | | | | | 2,910,116.57 | 5,669,260.80 | (2,759,144.23) |
| 3/20/2022 | | | | | | | | | | | 2,910,116.57 | 5,669,260.80 | (2,759,144.23) |
| 3/21/2022 | 69,793.61 | 13,950.00 | | | (142,026.93) | | 13,950.00 | 2,357.72 | | | 2,823,933.25 | 5,657,668.52 | (2,833,735.27) |
| 3/22/2022 | | 34,952.25 | | | | | 34,952.25 | 384.33 | | | 2,788,981.00 | 5,623,100.60 | (2,834,119.60) |
| 3/23/2022 | | | | | | 153,564.03 | | | 70.00 | 6,142.57 | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/24/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |

Page 3 of 9

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 3/25/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/26/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/27/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/28/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/29/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/30/2022 | | | | | | | | | | | 2,788,981.00 | 5,782,877.20 | (2,993,896.20) |
| 3/31/2022 | 29,913.26 | | | | | | | 30,883.08 | | | 2,818,894.26 | 5,813,760.28 | (2,994,866.02) |
| 4/1/2022 | | | | | | | | | | | 2,818,894.26 | 5,813,760.28 | (2,994,866.02) |
| 4/2/2022 | | | | | | | | | | | 2,818,894.26 | 5,813,760.28 | (2,994,866.02) |
| 4/3/2022 | | | | | | | | | | | 2,818,894.26 | 5,813,760.28 | (2,994,866.02) |
| 4/4/2022 | | 54,392.93 | | (54,392.93) | | | 54,392.93 | | | | 2,818,894.26 | 5,759,367.35 | (2,940,473.09) |
| 4/5/2022 | | 91,923.62 | | 361,477.68 | | | 91,923.62 | 6,347.62 | | | 2,365,492.96 | 5,673,791.35 | (3,308,298.39) |
| 4/6/2022 | | 21,119.40 | | | | | 21,119.40 | 147.84 | | | 2,344,373.56 | 5,652,819.79 | (3,308,446.23) |
| 4/7/2022 | | | | | | | | | | | 2,344,373.56 | 5,652,819.79 | (3,308,446.23) |
| 4/8/2022 | | | | | | | | | | | 2,344,373.56 | 5,652,819.79 | (3,308,446.23) |
| 4/9/2022 | | | | | | | | | | | 2,344,373.56 | 5,652,819.79 | (3,308,446.23) |
| 4/10/2022 | | | | | | | | | | | 2,344,373.56 | 5,652,819.79 | (3,308,446.23) |
| 4/11/2022 | 118,779.71 | 8,046.06 | | 9,846.56 | | | 8,046.06 | 1,439.98 | | 1,317.95 | 2,445,260.65 | 5,647,531.66 | (3,202,271.01) |
| 4/12/2022 | 350,653.52 | | | | | | | 2,454.57 | | | 2,795,914.17 | 5,649,986.23 | (2,854,072.06) |
| 4/13/2022 | 19,346.00 | 180,548.06 | | | | 45,000.00 | 180,548.06 | 2,634.74 | 35.00 | 1,800.00 | 2,634,712.11 | 5,518,907.91 | (2,884,195.80) |
| 4/14/2022 | 349,994.01 | | | | (167,311.62) | 102,790.02 | | 5,357.01 | 35.00 | | 2,817,394.50 | 5,627,089.94 | (2,809,695.44) |
| 4/15/2022 | | | | | | | | | 400.00 | 971.50 | 2,817,394.50 | 5,628,461.44 | (2,811,066.94) |
| 4/16/2022 | | | | | | | | | | | 2,817,394.50 | 5,628,461.44 | (2,811,066.94) |
| 4/17/2022 | | | | | | | | | | | 2,817,394.50 | 5,628,461.44 | (2,811,066.94) |
| 4/18/2022 | 32,806.82 | 42,812.97 | | 46.78 | (23,874.53) | | 42,812.97 | 1,622.50 | | | 2,783,467.04 | 5,587,270.97 | (2,803,803.93) |
| 4/19/2022 | 42,275.68 | 37,345.24 | | | | | 37,345.24 | 952.76 | | | 2,788,397.48 | 5,550,878.49 | (2,762,481.01) |
| 4/20/2022 | 55,086.55 | | | | | 49,249.95 | | 385.61 | 35.00 | | 2,843,484.03 | 5,600,549.05 | (2,757,065.02) |
| 4/21/2022 | | (4,050.00) | | | | 103,293.24 | (4,050.00) | | 35.00 | | 2,847,534.03 | 5,707,927.29 | (2,860,393.26) |
| 4/22/2022 | 835,718.91 | | | | | | | 5,850.04 | | | 3,683,252.94 | 5,713,777.33 | (2,030,524.39) |
| 4/23/2022 | | | | | | | | | | | 3,683,252.94 | 5,713,777.33 | (2,030,524.39) |
| 4/24/2022 | | | | | | | | | | | 3,683,252.94 | 5,713,777.33 | (2,030,524.39) |
| 4/25/2022 | | 4,500.00 | | | (100,000.00) | | 4,500.00 | 5,465.00 | | | 3,578,752.94 | 5,714,742.33 | (2,135,989.39) |
| 4/26/2022 | | 123,824.20 | | | | | 123,824.20 | 3,133.54 | | | 3,454,928.74 | 5,594,051.67 | (2,139,122.93) |
| 4/27/2022 | | | | | | 49,393.96 | | | 35.00 | 264.61 | 3,454,928.74 | 5,643,745.24 | (2,188,816.50) |
| 4/28/2022 | 461,591.30 | | | | (140,608.98) | 101,363.60 | | 3,231.14 | 35.00 | 8,077.49 | 3,775,911.06 | 5,756,452.47 | (1,980,541.41) |
| 4/29/2022 | 8,388.50 | | | | | 48,636.40 | | 58.72 | 1,594.61 | 6,637.13 | 3,784,299.56 | 5,811,819.72 | (2,025,960.55) |
| 4/30/2022 | | | | | | | | 31,500.38 | | | 3,784,299.56 | 5,843,320.10 | (2,057,460.93) |
| 5/1/2022 | | | | | | | | | | | 3,784,299.56 | 5,843,320.10 | (2,057,460.93) |

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 5/2/2022 | | | | | | | | | | 6,308.31 | 3,784,299.56 | 5,849,628.41 | (2,063,769.24) |
| 5/3/2022 | | | | | | | | | | | 3,784,299.56 | 5,849,628.41 | (2,063,769.24) |
| 5/4/2022 | | | | | | 150,088.47 | | | 70.00 | | 3,784,299.56 | 5,999,786.88 | (2,213,927.71) |
| 5/5/2022 | | 93,878.40 | | (2,329.06) | | | 93,878.40 | 1,171.03 | | | 3,692,750.22 | 5,907,079.51 | (2,212,769.68) |
| 5/6/2022 | | | | | | | | | | | 3,692,750.22 | 5,907,079.51 | (2,212,769.68) |
| 5/7/2022 | | | | | | | | | | | 3,692,750.22 | 5,907,079.51 | (2,212,769.68) |
| 5/8/2022 | | | | | | | | | | | 3,692,750.22 | 5,907,079.51 | (2,212,769.68) |
| 5/9/2022 | | | | | | | | | | | 3,692,750.22 | 5,907,079.51 | (2,212,769.68) |
| 5/10/2022 | | | | | | | | | | 810.25 | 3,692,750.22 | 5,907,889.76 | (2,213,579.93) |
| 5/11/2022 | | | | | | | | | | | 3,692,750.22 | 5,907,889.76 | (2,213,579.93) |
| 5/12/2022 | | | | | | 156,370.18 | | | 70.00 | | 3,692,750.22 | 6,064,329.94 | (2,370,020.11) |
| 5/13/2022 | 6,750.00 | | | | | | | 47.25 | | | 3,699,500.22 | 6,064,377.19 | (2,363,317.36) |
| 5/14/2022 | | | | | | | | | | | 3,699,500.22 | 6,064,377.19 | (2,363,317.36) |
| 5/15/2022 | | | | | | | | | 400.00 | | 3,699,500.22 | 6,064,777.19 | (2,363,717.36) |
| 5/16/2022 | | | | | (264,512.90) | | | 5,323.73 | | | 3,434,987.32 | 6,070,100.92 | (2,633,553.99) |
| 5/17/2022 | | | | | | | | | | | 3,434,987.32 | 6,070,100.92 | (2,633,553.99) |
| 5/18/2022 | 36,316.09 | 146,924.16 | | 107,171.62 | | 56,685.81 | 146,924.16 | 2,410.77 | 110.00 | | 3,217,207.63 | 5,982,383.34 | (2,763,616.10) |
| 5/19/2022 | 55,572.48 | | | | (126,314.29) | 102,219.69 | | 7,269.38 | 35.00 | | 3,146,465.82 | 6,091,907.41 | (2,943,881.98) |
| 5/20/2022 | 577,042.61 | | | | | | | 4,039.30 | | | 3,723,508.43 | 6,095,946.71 | (2,370,878.67) |
| 5/21/2022 | | | | | | | | | | | 3,723,508.43 | 6,095,946.71 | (2,370,878.67) |
| 5/22/2022 | | | | | | | | | | | 3,723,508.43 | 6,095,946.71 | (2,370,878.67) |
| 5/23/2022 | | 140,076.93 | | 20,099.96 | | | 140,076.93 | 1,224.94 | | 18,878.87 | 3,563,331.54 | 5,975,973.59 | (2,411,082.44) |
| 5/24/2022 | | | | | | | | | | | 3,563,331.54 | 5,975,973.59 | (2,411,082.44) |
| 5/25/2022 | 72,279.00 | | | | | | | 505.95 | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/26/2022 | | | | | | | | | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/27/2022 | | | | | | | | | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/28/2022 | | | | | | | | | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/29/2022 | | | | | | | | | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/30/2022 | | | | | | | | | | | 3,635,610.54 | 5,976,479.54 | (2,339,309.39) |
| 5/31/2022 | | | | | | | | 35,794.64 | | 15,764.28 | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/1/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/2/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/3/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/4/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/5/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/6/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/7/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/8/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 6/9/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/10/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/11/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/12/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/13/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/14/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,038.46 | (2,390,868.31) |
| 6/15/2022 | | | | | | | | | 400.00 | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/16/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/17/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/18/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/19/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/20/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/21/2022 | | | | | | | | | | | 3,635,610.54 | 6,028,438.46 | (2,391,268.31) |
| 6/22/2022 | | | | | | | | | | 266.53 | 3,635,610.54 | 6,028,704.99 | (2,391,534.84) |
| 6/23/2022 | | | | | | | | | | 3,726.00 | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/24/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/25/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/26/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/27/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/28/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/29/2022 | | | | | | | | | | | 3,635,610.54 | 6,032,430.99 | (2,395,260.84) |
| 6/30/2022 | | | | | | | | | 34,541.87 | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/1/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/2/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/3/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/4/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/5/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/6/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/7/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/8/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/9/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/10/2022 | | | | | | | | | | | 3,635,610.54 | 6,066,972.86 | (2,429,802.71) |
| 7/11/2022 | | 6,343.15 | | (6,343.15) | | | 6,343.15 | | | 25,044.51 | 3,635,610.54 | 6,085,674.22 | (2,448,504.07) |
| 7/12/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,674.22 | (2,448,504.07) |
| 7/13/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,674.22 | (2,448,504.07) |
| 7/14/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,674.22 | (2,448,504.07) |
| 7/15/2022 | | | | | | | | | 400.00 | | 3,635,610.54 | 6,086,074.22 | (2,448,904.07) |
| 7/16/2022 | | | | | | | | | | | 3,635,610.54 | 6,086,074.22 | (2,448,904.07) |

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

|  | Accounts Receivable |  |  |  |  | Disbursements and Charges |  |  |  |  | Balances |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 7/17/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,074.22 | (2,448,904.07) |
| 7/18/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,074.22 | (2,448,904.07) |
| 7/19/2022 |  |  |  |  |  |  |  |  |  | 250.00 | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/20/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/21/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/22/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/23/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/24/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/25/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/26/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/27/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/28/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/29/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/30/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 7/31/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/1/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/2/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/3/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/4/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/5/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/6/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/7/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/8/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/9/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/10/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/11/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/12/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/13/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/14/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,086,324.22 | (2,449,154.07) |
| 8/15/2022 |  | 1,534.23 |  | (1,534.23) |  |  | 1,534.23 |  | 400.00 |  | 3,635,610.54 | 6,085,189.99 | (2,448,019.84) |
| 8/16/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,085,189.99 | (2,448,019.84) |
| 8/17/2022 |  |  |  |  |  |  |  |  |  | 251.74 | 3,635,610.54 | 6,085,441.73 | (2,448,271.58) |
| 8/18/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,085,441.73 | (2,448,271.58) |
| 8/19/2022 |  | 1,287.86 |  | (1,287.86) |  |  | 1,287.86 |  |  |  | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/20/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/21/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/22/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/23/2022 |  |  |  |  |  |  |  |  |  |  | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 8/24/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/25/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/26/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/27/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/28/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,153.87 | (2,446,983.72) |
| 8/29/2022 | | 10.00 | | (10.00) | | | 10.00 | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 8/30/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 8/31/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/1/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/2/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/3/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/4/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/5/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/6/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/7/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/8/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/9/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/10/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/11/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/12/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/13/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/14/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,143.87 | (2,446,973.72) |
| 9/15/2022 | | | | | | | | | 400.00 | | 3,635,610.54 | 6,084,543.87 | (2,447,373.72) |
| 9/16/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,543.87 | (2,447,373.72) |
| 9/17/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,543.87 | (2,447,373.72) |
| 9/18/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,543.87 | (2,447,373.72) |
| 9/19/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,543.87 | (2,447,373.72) |
| 9/20/2022 | | | | | | | | | 254.78 | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/21/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/22/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/23/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/24/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/25/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/26/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/27/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/28/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/29/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 9/30/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |

Sallyport Commercial Finance LLC
Client Activity Statement
December 1, 2021 thru October 31, 2022

Retrolock Corporation
210 W Taft Avenue
Orange, CA 92865

| | Accounts Receivable | | | | | Disbursements and Charges | | | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Purchases | Gross Receipts | Discounts | Other | Adjust -ments | Funding | Cash Receipts | Charges & Fees | Expenses | Adjust -ments | Accounts Receivable | Funding | Reserve |
| 10/1/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/2/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/3/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/4/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/5/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/6/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/7/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/8/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/9/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/10/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/11/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/12/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/13/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/14/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/15/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/16/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/17/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/18/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/19/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/20/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/21/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/22/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/23/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/24/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/25/2022 | | | | | | | | | | | 3,635,610.54 | 6,084,798.65 | (2,447,628.50) |
| 10/26/2022 | | | | | | | | | | 250.00 | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| 10/27/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| 10/28/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| 10/29/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| 10/30/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| 10/31/2022 | | | | | | | | | | | 3,635,610.54 | 6,085,048.65 | (2,447,878.50) |
| | 12,493,773.85 | 2,889,715.15 | 0.00 | 2,730,020.57 | (3,238,427.59) | 8,268,439.96 | 2,889,715.15 | 451,563.82 | 6,319.61 | 250,000.02 | | | |