United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALLYPORT COMMERCIAL FINANCE, LLC, a Delaware Limited Liability Company, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:22-CV-02872 |
| RETROLOCK COROPORATION, a California corporation, TANIA TOMYN, an individual, AARON SMITH, an individual, and AT INSTALLATION, INC., a California corporation, | § § § § § § § | |
| Defendants. | § § | |

## AGREED ORDER EXTENDING TEMPORARY RESTRAINING ORDER

Based upon the agreement of the parties as indicated by the signatures of their respective counsel below, it is

ORDERED that the Temporary Restraining Order entered at Docket No. 25 in this case on November 17, 2022 is extended through such time as this Court issues a written order on Plaintiff Sallyport Commercial Finance, LLC's ("Sallyport") request for a preliminary injunction (Docket No. 19) and

ORDERED that the hearing on Sallyport's request for a preliminary injunction (Docket No. 19) is continued from November 28, 2022 to  March 2, 2023,           at 1:30 o'clock ____p.m. in Courtroom 11A at the United States Court House at 515 Rusk Avenue, Houston, Texas.

1

ORDERED that the Court will hold a telephonic status conference on Monday, November 28, 2022 at 1:30 p.m. Houston, Texas time to address the parties' request for appointment of a district judge or magistrate to serve as a mediator in this case.

Signed this 28th day of November, 2022.

Kenneth M. Hoyt
United States District Judge